# EXHIBIT 2



**U.S. Department of
Homeland Security**

**United States
Coast Guard**

Director
National Vessel Documentation Center

792 T. J. Jackson Drive
Falling Waters, WV  25419
Phone: (800) 799-8362
Fax: 304-271-2405

**July 7, 2025**

**Regarding your recent submission to the National Vessel Documentation Center**

This cover letter with enclosure(s) is sent in response to a submission made to this office.  If you have any questions, please contact the National Vessel Documentation Center at the number shown above.

**Enclosures:**

| | | |
|---|---|---|
| (1) Notice of Claim of Lien  O/N: 1139762 | 3 PAGE(S) |
| (2) Notice of Claim of Lien  O/N: 1086926 | 3 PAGE(S) |
| (3) Notice of Claim of Lien  O/N: 1154328 | 3 PAGE(S) |
| (4) Notice of Claim of Lien  O/N: 955449 | 3 PAGE(S) |
| (5) Notice of Claim of Lien  O/N: 955450 | 3 PAGE(S) |
| (6) Notice of Claim of Lien  O/N: 1234828 | 3 PAGE(S) |
| (7) Notice of Claim of Lien  O/N: 1210060 | 3 PAGE(S) |
| (8) Notice of Claim of Lien  O/N: 1257372 | 3 PAGE(S) |
| (9) Notice of Claim of Lien  O/N: 1037844 | 3 PAGE(S) |
| (10) Notice of Claim of Lien O/N: 1050073 | 3 PAGE(S) |
| (11) Notice of Claim of Lien O/N: 1139764 | 3 PAGE(S) |
| (12) Notice of Claim of Lien O/N: 1154327 | 3 PAGE(S) |
| (13) Notice of Claim of Lien O/N: 1235496 | 3 PAGE(S) |
| (14) Notice of Claim of Lien O/N: 1292046 | 3 PAGE(S) |
| (15) Notice of Claim of Lien O/N: 1216336 | 3 PAGE(S) |
| (16) Notice of Claim of Lien O/N: 1257373 | 3 PAGE(S) |
| (17) Notice of Claim of Lien O/N: 1053010 | 3 PAGE(S) |
| (18) Notice of Claim of Lien O/N: 1282121 | 3 PAGE(S) |

**TOTAL:**                    55 PAGE(S) (including cover page)

DOVE CAY, LLC

**By Email**

U.S. Coast Guard – National Vessel Documentation Center
792 T.J. Jackson Drive
Falling Waters, WV 25419

NVDC.PDF.FILING@uscg.mil

July 4, 2025

**RE: NOTICE OF CLAIM OF LIEN PURSUANT TO 46 C.F.R. § 67.250 et seq. – ANNA ROSE/1139762**

Dear Sir or Madam:

Pursuant to 46 C.F.R. § 67.250, please take notice of this Notice of Claim of Lien by Dove Cay, LLC.

**Required Items**

1.  Name and official number of vessel (the "**Vessel**"):

    ANNA ROSE, Official No. 1139762

2.  Name and address of each claimant (the "**Claimant**"):

    Dove Cay, LLC
    1321 Upland Drive, Ste. 20183
    Houston, TX 77043

3.  Nature of lien claimed:

    Wages of the crew of the Vessel, pursuant to 46 U.S.C. § 31301(5)(D), and necessaries, pursuant to 46 U.S.C. § 31301(4).

4.  Date on which the lien was established:

    On or about July 3, 2025, when necessaries were last furnished to the vessel.

5.  Total amount of lien claimed:

    $2,407,166.09

## Declaration

I, Alex J. Parker, make the following declaration with respect to this Notice of Claim of Lien

(a) The information in the notice is true and correct to the best of the knowledge, information, and belief of the individual who signed it

(b) A copy of the notice, as presented for recordation, has been sent to each of the following

   (i)    The owner of the Vessel:

          Anna Rose, LLC
          c/o Pennantia LLC
          411 West Putnam Ave.
          Ste. 425
          Greenwich, CT 06830
          jtrump@contrariancapital.com
          jdiagonale@contrariancapital.com

   (ii)   Each person that recorded under subsection (a) of 46 USC §31343, an unexpired notice of a claim of an undischarged lien on the Vessel, which here is: none/not applicable;

   (iii)  The mortgagee of each mortgage filed or recorded under section §31321 of this title that is an undischarged mortgage on the Vessel:

          Wells Fargo Bank National Association
          1526 W. W.T. Harris Blvd.
          MAC D1109-109
          Charlotte, NC 28262

          Banc of California (f/k/a Pacific Western Bank)
          10 South Wacker Drive, Suite 3400
          Chicago, IL 60606

          [Remainder of page intentionally left blank]

DOVE CAY, LLC

Alex J. Parker
Authorized Signatory

Sworn to before me this ___1___ day
of July 2025

Notary Public

Bari R. Chase
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02CH6244790
Qualified in New York County
Commission Expires 7/11/2027

**Enclosures**:

Fee of $8 per page, paid via Authorization for Credit Card Transaction

DOVE CAY, LLC

**By Email**

U.S. Coast Guard – National Vessel Documentation Center
792 T.J. Jackson Drive
Falling Waters, WV 25419

NVDC.PDF.FILING@uscg.mil

July 4, 2025

**RE: NOTICE OF CLAIM OF LIEN PURSUANT TO 46 C.F.R. § 67.250 et seq. – CINDY ROSE/1086926**

Dear Sir or Madam:

Pursuant to 46 C.F.R. § 67.250, please take notice of this Notice of Claim of Lien by Dove Cay, LLC.

**Required Items**

1. Name and official number of vessel (the "**Vessel**"):

   CINDY ROSE, Official No. 1086926

2. Name and address of each claimant (the "**Claimant**"):

   Dove Cay, LLC
   1321 Upland Drive, Ste. 20183
   Houston, TX 77043

3. Nature of lien claimed:

   Necessaries, pursuant to 46 U.S.C. § 31301(4).

4. Date on which the lien was established:

   On or about July 3, 2025, when necessaries were last furnished to the vessel.

5. Total amount of lien claimed:

   $327,347.12

## Declaration

I, Alex J. Parker, make the following declaration with respect to this Notice of Claim of Lien:

(a) The information in the notice is true and correct to the best of the knowledge, information, and belief of the individual who signed it.

(b) A copy of the notice, as presented for recordation, has been sent to each of the following:

    (i)    The owner of the Vessel:

        Cindy Rose, LLC
        c/o Pennantia LLC
        411 West Putnam Ave.
        Ste. 425
        Greenwich, CT 06830
        jtrump@contrariancapital.com
        jdiagonale@contrariancapital.com

    (ii)    Each person that recorded under subsection (a) of 46 USC §31343, an unexpired notice of a claim of an undischarged lien on the Vessel, which here is: none/not applicable;

    (iii)    The mortgagee of each mortgage filed or recorded under section §31321 of this title that is an undischarged mortgage on the Vessel:

        Wells Fargo Bank National Association
        1526 W. W.T. Harris Blvd.
        MAC D1109-109
        Charlotte, NC 28262

        Banc of California (f/k/a Pacific Western Bank)
        10 South Wacker Drive, Suite 3400
        Chicago, IL 60606

[Remainder of page intentionally left blank]

DOVE CAY, LLC

Alex J. Parker
Authorized Signatory

Sworn to before me this ___ day
of July 2025

Notary Public

Bari R. Chase
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02CH6244790
Qualified in New York County
Commission Expires 7/11/2027

**Enclosures**:

Fee of $8 per page, paid via Authorization for Credit Card Transaction

DOVE CAY, LLC

**By Email**

U.S. Coast Guard – National Vessel Documentation Center
792 T.J. Jackson Drive
Falling Waters, WV 25419

NVDC.PDF.FILING@uscg.mil

July 4, 2025

**RE: NOTICE OF CLAIM OF LIEN PURSUANT TO 46 C.F.R. § 67.250 et seq. – JESSE ROSE/1154328**

Dear Sir or Madam:

Pursuant to 46 C.F.R. § 67.250, please take notice of this Notice of Claim of Lien by Dove Cay, LLC.

**Required Items**

1.  Name and official number of vessel (the "**Vessel**"):

    JESSE ROSE, Official No. 1154328

2.  Name and address of each claimant (the "**Claimant**"):

    Dove Cay, LLC
    1321 Upland Drive, Ste. 20183
    Houston, TX 77043

3.  Nature of lien claimed:

    Necessaries, pursuant to 46 U.S.C. § 31301(4).

4.  Date on which the lien was established:

    On or about July 3, 2025, when necessaries were last furnished to the vessel.

5.  Total amount of lien claimed:

    $347,311.88

## Declaration

I, Alex J. Parker, make the following declaration with respect to this Notice of Claim of Lien:

(a) The information in the notice is true and correct to the best of the knowledge, information, and belief of the individual who signed it.

(b) A copy of the notice, as presented for recordation, has been sent to each of the following:

    (i)    The owner of the Vessel:

        Jesse Rose, LLC
        c/o Pennantia LLC
        411 West Putnam Ave.
        Ste. 425
        Greenwich, CT 06830
        jtrump@contrariancapital.com
        jdiagonale@contrariancapital.com

    (ii)    Each person that recorded under subsection (a) of 46 USC §31343, an unexpired notice of a claim of an undischarged lien on the Vessel, which here is: none/not applicable;

    (iii)    The mortgagee of each mortgage filed or recorded under section §31321 of this title that is an undischarged mortgage on the Vessel:

        Wells Fargo Bank National Association
        1526 W. W.T. Harris Blvd.
        MAC D1109-109
        Charlotte, NC 28262

        Banc of California (f/k/a Pacific Western Bank)
        10 South Wacker Drive, Suite 3400
        Chicago, IL 60606

[Remainder of page intentionally left blank]

DOVE CAY, LLC

Alex J. Parker
Authorized Signatory

Sworn to before me this ___ day
of July 2025

Notary Public

> Bari R. Chase
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 02CH6244790
> Qualified in New York County
> Commission Expires 7/11/2027

**Enclosures**:

Fee of $8 per page, paid via Authorization for Credit Card Transaction

DOVE CAY, LLC

**By Email**

U.S. Coast Guard – National Vessel Documentation Center
792 T.J. Jackson Drive
Falling Waters, WV 25419

NVDC.PDF.FILING@uscg.mil

July 4, 2025

**RE: NOTICE OF CLAIM OF LIEN PURSUANT TO 46 C.F.R. § 67.250 et seq. – RCM 295/955449**

Dear Sir or Madam:

Pursuant to 46 C.F.R. § 67.250, please take notice of this Notice of Claim of Lien by Dove Cay, LLC.

**Required Items**

1. Name and official number of vessel (the "**Vessel**"):

    RCM 295, Official No. 955449

2. Name and address of each claimant (the "**Claimant**"):

    Dove Cay, LLC
    1321 Upland Drive, Ste. 20183
    Houston, TX 77043

3. Nature of lien claimed:

    Wages of the crew of the Vessel, pursuant to 46 U.S.C. § 31301(5)(D), and necessaries, pursuant to 46 U.S.C. § 31301(4).

4. Date on which the lien was established:

    On or about July 3, 2025, when necessaries were last furnished to the vessel.

5. Total amount of lien claimed:

    $490,956.82

### Declaration

I, Alex J. Parker, make the following declaration with respect to this Notice of Claim of Lien:

(a) The information in the notice is true and correct to the best of the knowledge, information, and belief of the individual who signed it.

(b) A copy of the notice, as presented for recordation, has been sent to each of the following:

    (i)    The owner of the Vessel:

              RCM 295, LLC
              c/o Pennantia LLC
              411 West Putnam Ave.
              Ste. 425
              Greenwich, CT 06830
              jtrump@contrariancapital.com
              jdiagonale@contrariancapital.com

    (ii)    Each person that recorded under subsection (a) of 46 USC §31343, an unexpired notice of a claim of an undischarged lien on the Vessel, which here is:  none/not applicable;

    (iii)    The mortgagee of each mortgage filed or recorded under section §31321 of this title that is an undischarged mortgage on the Vessel:

              Wells Fargo Bank National Association
              1526 W. W.T. Harris Blvd.
              MAC D1109-109
              Charlotte, NC 28262

              Banc of California (f/k/a Pacific Western Bank)
              10 South Wacker Drive, Suite 3400
              Chicago, IL 60606

[Remainder of page intentionally left blank]

DOVE CAY, LLC

Alex J. Parker
Authorized Signatory

Sworn to before me this _1_ day
of July 2025

Notary Public

> Bari R. Chase
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 02CH6244790
> Qualified in New York County
> Commission Expires 7/11/2027

Enclosures:

Fee of $8 per page, paid via Authorization for Credit Card Transaction

DOVE CAY, LLC

**By Email**

U.S. Coast Guard – National Vessel Documentation Center
792 T.J. Jackson Drive
Falling Waters, WV 25419

NVDC.PDF.FILING@uscg.mil

July 4, 2025

**RE: NOTICE OF CLAIM OF LIEN PURSUANT TO 46 C.F.R. § 67.250 et seq. – JOAN ROSE/955450**

Dear Sir or Madam:

Pursuant to 46 C.F.R. § 67.250, please take notice of this Notice of Claim of Lien by Dove Cay, LLC.

**Required Items**

1.  Name and official number of vessel (the "**Vessel**"):

    JOAN ROSE, Official No. 955450

2.  Name and address of each claimant (the "**Claimant**"):

    Dove Cay, LLC
    1321 Upland Drive, Ste. 20183
    Houston, TX 77043

3.  Nature of lien claimed:

    Necessaries, pursuant to 46 U.S.C. § 31301(4).

4.  Date on which the lien was established:

    On or about July 3, 2025, when necessaries were last furnished to the vessel.

5.  Total amount of lien claimed:

    $327,173.76

## Declaration

I, Alex J. Parker, make the following declaration with respect to this Notice of Claim of Lien:

(a) The information in the notice is true and correct to the best of the knowledge, information, and belief of the individual who signed it.

(b) A copy of the notice, as presented for recordation, has been sent to each of the following:

    (i)    The owner of the Vessel:

        Joan Rose, LLC
        c/o Pennantia LLC
        411 West Putnam Ave.
        Ste. 425
        Greenwich, CT 06830
        jtrump@contrariancapital.com
        jdiagonale@contrariancapital.com

    (ii)    Each person that recorded under subsection (a) of 46 USC §31343, an unexpired notice of a claim of an undischarged lien on the Vessel, which here is: none/not applicable;

    (iii)    The mortgagee of each mortgage filed or recorded under section §31321 of this title that is an undischarged mortgage on the Vessel:

        Wells Fargo Bank National Association
        1526 W. W.T. Harris Blvd.
        MAC D1109-109
        Charlotte, NC 28262

        Banc of California (f/k/a Pacific Western Bank)
        10 South Wacker Drive, Suite 3400
        Chicago, IL 60606

[Remainder of page intentionally left blank]

DOVE CAY, LLC

Alex J. Parker
Authorized Signatory

Sworn to before me this _1_ day
of July 2025

Notary Public

Bari R. Chase
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02CH6244790
Qualified in New York County
Commission Expires 7/11/2027

**Enclosures:**

Fee of $8 per page, paid via Authorization for Credit Card Transaction

DOVE CAY, LLC

**By Email**

U.S. Coast Guard – National Vessel Documentation Center
792 T.J. Jackson Drive
Falling Waters, WV 25419

NVDC.PDF.FILING@uscg.mil

July 4, 2025

**RE: NOTICE OF CLAIM OF LIEN PURSUANT TO 46 C.F.R. § 67.250 et seq. – JORDAN ROSE/1234828**

Dear Sir or Madam:

Pursuant to 46 C.F.R. § 67.250, please take notice of this Notice of Claim of Lien by Dove Cay, LLC.

**Required Items**

1. Name and official number of vessel (the "**Vessel**"):

    JORDAN ROSE, Official No. 1234828

2. Name and address of each claimant (the "**Claimant**"):

    Dove Cay, LLC
    1321 Upland Drive, Ste. 20183
    Houston, TX 77043

3. Nature of lien claimed:

    Wages of the crew of the Vessel, pursuant to 46 U.S.C. § 31301(5)(D), and necessaries, pursuant to 46 U.S.C. § 31301(4).

4. Date on which the lien was established:

    On or about July 3, 2025, when necessaries were last furnished to the vessel.

5. Total amount of lien claimed:

    $2,135,023.94

## Declaration

I, Alex J. Parker, make the following declaration with respect to this Notice of Claim of Lien:

(a) The information in the notice is true and correct to the best of the knowledge, information, and belief of the individual who signed it.

(b) A copy of the notice, as presented for recordation, has been sent to each of the following:

   (i)    The owner of the Vessel:

            Jordan Rose, LLC
            c/o Pennantia LLC
            411 West Putnam Ave.
            Ste. 425
            Greenwich, CT 06830
            jtrump@contrariancapital.com
            jdiagonale@contrariancapital.com

   (ii)   Each person that recorded under subsection (a) of 46 USC §31343, an unexpired notice of a claim of an undischarged lien on the Vessel, which here is: none/not applicable;

   (iii)  The mortgagee of each mortgage filed or recorded under section §31321 of this title that is an undischarged mortgage on the Vessel:

            Wells Fargo Bank National Association
            1526 W. W.T. Harris Blvd.
            MAC D1109-109
            Charlotte, NC 28262

            Banc of California (f/k/a Pacific Western Bank)
            10 South Wacker Drive, Suite 3400
            Chicago, IL 60606

                    [Remainder of page intentionally left blank]

DOVE CAY, LLC

Alex J. Parker
Authorized Signatory

Sworn to before me this _7_ day
of July 2025

Notary Public

Bari R. Chase
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02CH6244790
Qualified in New York County
Commission Expires 7/11/2027

**Enclosures**:

Fee of $8 per page, paid via Authorization for Credit Card Transaction

DOVE CAY, LLC


**By Email**

U.S. Coast Guard – National Vessel Documentation Center
792 T.J. Jackson Drive
Falling Waters, WV 25419

NVDC.PDF.FILING@uscg.mil


July 4, 2025

**RE: NOTICE OF CLAIM OF LIEN PURSUANT TO 46 C.F.R. § 67.250 et seq. – RCM 260/1210060**

Dear Sir or Madam:

Pursuant to 46 C.F.R. § 67.250, please take notice of this Notice of Claim of Lien by Dove Cay, LLC.

<u>**Required Items**</u>

1. Name and official number of vessel (the "**Vessel**"):

   RCM 260, Official No. 1210060

2. Name and address of each claimant (the "**Claimant**"):

   Dove Cay, LLC
   1321 Upland Drive, Ste. 20183
   Houston, TX 77043

3. Nature of lien claimed:

   Wages of the crew of the Vessel, pursuant to 46 U.S.C. § 31301(5)(D), and necessaries, pursuant to 46 U.S.C. § 31301(4).

4. Date on which the lien was established:

   On or about July 3, 2025, when necessaries were last furnished to the vessel.

5. Total amount of lien claimed:

   $1,502,038.05

## Declaration

I, Alex J. Parker, make the following declaration with respect to this Notice of Claim of Lien:

(a) The information in the notice is true and correct to the best of the knowledge, information, and belief of the individual who signed it.

(b) A copy of the notice, as presented for recordation, has been sent to each of the following:

    (i)    The owner of the Vessel:

            RCM 260, LLC
            c/o Pennantia LLC
            411 West Putnam Ave.
            Ste. 425
            Greenwich, CT 06830
            jtrump@contrariancapital.com
            jdiagonale@contrariancapital.com

    (ii)    Each person that recorded under subsection (a) of 46 USC §31343, an unexpired notice of a claim of an undischarged lien on the Vessel, which here is: none/not applicable;

    (iii)    The mortgagee of each mortgage filed or recorded under section §31321 of this title that is an undischarged mortgage on the Vessel:

            Wells Fargo Bank National Association
            1526 W. W.T. Harris Blvd.
            MAC D1109-109
            Charlotte, NC 28262

            Banc of California (f/k/a Pacific Western Bank)
            10 South Wacker Drive, Suite 3400
            Chicago, IL 60606

[Remainder of page intentionally left blank]

DOVE CAY, LLC

Alex J. Parker
Authorized Signatory

Sworn to before me this __7__ day
of July 2025

Notary Public

> Bari R. Chase
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 02CH6244790
> Qualified in New York County
> Commission Expires 7/11/2027

**Enclosures:**

Fee of $8 per page, paid via Authorization for Credit Card Transaction

DOVE CAY, LLC

**By Email**

U.S. Coast Guard – National Vessel Documentation Center
792 T.J. Jackson Drive
Falling Waters, WV 25419

NVDC.PDF.FILING@uscg.mil

July 4, 2025

**RE: NOTICE OF CLAIM OF LIEN PURSUANT TO 46 C.F.R. § 67.250 et seq. – LYNNE M. ROSE/1257372**

Dear Sir or Madam:

Pursuant to 46 C.F.R. § 67.250, please take notice of this Notice of Claim of Lien by Dove Cay, LLC.

**Required Items**

1.  Name and official number of vessel (the "**Vessel**"):

    LYNNE M. ROSE, Official No. 1257372

2.  Name and address of each claimant (the "**Claimant**"):

    Dove Cay, LLC
    1321 Upland Drive, Ste. 20183
    Houston, TX 77043

3.  Nature of lien claimed:

    Wages of the crew of the Vessel, pursuant to 46 U.S.C. § 31301(5)(D), and necessaries, pursuant to 46 U.S.C. § 31301(4).

4.  Date on which the lien was established:

    On or about July 3, 2025, when necessaries were last furnished to the vessel.

5.  Total amount of lien claimed:

    $3,220,752.29

## Declaration

I, Alex J. Parker, make the following declaration with respect to this Notice of Claim of Lien:

(a) The information in the notice is true and correct to the best of the knowledge, information, and belief of the individual who signed it.

(b) A copy of the notice, as presented for recordation, has been sent to each of the following:

(i)    The owner of the Vessel:

Lynne M. Rose, LLC
c/o Pennantia LLC
411 West Putnam Ave.
Ste. 425
Greenwich, CT 06830
jtrump@contrariancapital.com
jdiagonale@contrariancapital.com

(ii)    Each person that recorded under subsection (a) of 46 USC §31343, an unexpired notice of a claim of an undischarged lien on the Vessel, which here is: none/not applicable;

(iii)    The mortgagee of each mortgage filed or recorded under section §31321 of this title that is an undischarged mortgage on the Vessel:

Wells Fargo Bank National Association
1526 W. W.T. Harris Blvd.
MAC D1109-109
Charlotte, NC 28262

Banc of California (f/k/a Pacific Western Bank)
10 South Wacker Drive, Suite 3400
Chicago, IL 60606

[Remainder of page intentionally left blank]

DOVE CAY, LLC

Alex J. Parker
Authorized Signatory

Sworn to before me this _1_ day
of July 2025

Notary Public

Bari R. Chase
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02CH6244790
Qualified in New York County
Commission Expires 7/11/2027

**Enclosures:**

Fee of $8 per page, paid via Authorization for Credit Card Transaction

DOVE CAY, LLC

**By Email**

U.S. Coast Guard – National Vessel Documentation Center
792 T.J. Jackson Drive
Falling Waters, WV 25419

NVDC.PDF.FILING@uscg.mil

Our Reference US/80942603v2

July 4, 2025

**RE: NOTICE OF CLAIM OF LIEN PURSUANT TO 46 C.F.R. § 67.250 et seq. – RCM 210/1037844**

Dear Sir or Madam:

Pursuant to 46 C.F.R. § 67.250, please take notice of this Notice of Claim of Lien by Dove Cay, LLC.

**Required Items**

1. Name and official number of vessel (the "**Vessel**"):

   RCM 210, Official No. 1037844

2. Name and address of each claimant (the "**Claimant**"):

   Dove Cay, LLC
   1321 Upland Drive, Ste. 20183
   Houston, TX 77043

3. Nature of lien claimed:

   Necessaries, pursuant to 46 U.S.C. § 31301(4).

4. Date on which the lien was established:

   March 1, 2025

5. Total amount of lien claimed:

   $416,970.06

## Declaration

I, Alex J. Parker, make the following declaration with respect to this Notice of Claim of Lien:

(a) The information in the notice is true and correct to the best of the knowledge, information, and belief of the individual who signed it.

(b) A copy of the notice, as presented for recordation, has been sent to each of the following:

    (i)    The owner of the Vessel:

        RCM 210, LLC
        c/o Pennantia LLC
        411 West Putnam Ave.
        Ste. 425
        Greenwich, CT 06830
        jtrump@contrariancapital.com
        jdiagonale@contrariancapital.com

    (ii)    Each person that recorded under subsection (a) of 46 USC §31343, an unexpired notice of a claim of an undischarged lien on the Vessel, which here is: none/not applicable;

    (iii)    The mortgagee of each mortgage filed or recorded under section §31321 of this title that is an undischarged mortgage on the Vessel:

        Wells Fargo Bank National Association
        1526 W. W.T. Harris Blvd.
        MAC D1109-109
        Charlotte, NC 28262

        Banc of California (f/k/a Pacific Western Bank)
        10 South Wacker Drive, Suite 3400
        Chicago, IL 60606

[Remainder of page intentionally left blank]

DOVE CAY, LLC

Alex J. Parker
Authorized Signatory

Sworn to before me this _1_ day
of July 2025

Notary Public

Bari R. Chase
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02CH6244790
Qualified in New York County
Commission Expires 7/11/2027

**Enclosures:**

Fee of $8 per page, paid via Authorization for Credit Card Transaction

DOVE CAY, LLC

**By Email**

U.S. Coast Guard – National Vessel Documentation Center
792 T.J. Jackson Drive
Falling Waters, WV 25419

NVDC.PDF.FILING@uscg.mil

July 4, 2025

**RE: NOTICE OF CLAIM OF LIEN PURSUANT TO 46 C.F.R. § 67.250 et seq. – RCM 245/1050073**

Dear Sir or Madam:

Pursuant to 46 C.F.R. § 67.250, please take notice of this Notice of Claim of Lien by Dove Cay, LLC.

**Required Items**

1. Name and official number of vessel (the "**Vessel**"):

   RCM 245, Official No. 1050073

2. Name and address of each claimant (the "**Claimant**"):

   Dove Cay, LLC
   1321 Upland Drive, Ste. 20183
   Houston, TX 77043

3. Nature of lien claimed:

   Wages of the crew of the Vessel, pursuant to 46 U.S.C. § 31301(5)(D), and necessaries, pursuant to 46 U.S.C. § 31301(4).

4. Date on which the lien was established:

   On or about July 3, 2025, when necessaries were last furnished to the vessel.

5. Total amount of lien claimed:

   $3,701,433.44

## Declaration

I, Alex J. Parker, make the following declaration with respect to this Notice of Claim of Lien:

(a) The information in the notice is true and correct to the best of the knowledge, information, and belief of the individual who signed it.

(b) A copy of the notice, as presented for recordation, has been sent to each of the following:

   (i)   The owner of the Vessel:

        RCM 245, LLC
        c/o Pennantia LLC
        411 West Putnam Ave.
        Ste. 425
        Greenwich, CT 06830
        jtrump@contrariancapital.com
        jdiagonale@contrariancapital.com

   (ii)  Each person that recorded under subsection (a) of 46 USC §31343, an unexpired notice of a claim of an undischarged lien on the Vessel, which here is: none/not applicable;

   (iii) The mortgagee of each mortgage filed or recorded under section §31321 of this title that is an undischarged mortgage on the Vessel:

        Wells Fargo Bank National Association
        1526 W. W.T. Harris Blvd.
        MAC D1109-109
        Charlotte, NC 28262

        Banc of California (f/k/a Pacific Western Bank)
        10 South Wacker Drive, Suite 3400
        Chicago, IL 60606

                [Remainder of page intentionally left blank]

DOVE CAY, LLC

Alex J. Parker
Authorized Signatory

Sworn to before me this __1__ day
of July 2025

Notary Public

Bari R. Chase
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02CH6244790
Qualified in New York County
Commission Expires 7/11/2027

**Enclosures:**

Fee of $8 per page, paid via Authorization for Credit Card Transaction

DOVE CAY, LLC

**By Email**

U.S. Coast Guard – National Vessel Documentation Center
792 T.J. Jackson Drive
Falling Waters, WV 25419

NVDC.PDF.FILING@uscg.mil

July 4, 2025

## RE: NOTICE OF CLAIM OF LIEN PURSUANT TO 46 C.F.R. § 67.250 et seq. – RCM 225/1139764

Dear Sir or Madam:

Pursuant to 46 C.F.R. § 67.250, please take notice of this Notice of Claim of Lien by Dove Cay, LLC.

### <u>Required Items</u>

1.  Name and official number of vessel (the "**Vessel**"):

    RCM 225, Official No. 1139764

2.  Name and address of each claimant (the "**Claimant**"):

    Dove Cay, LLC
    1321 Upland Drive, Ste. 20183
    Houston, TX 77043

3.  Nature of lien claimed:

    Wages of the crew of the Vessel, pursuant to 46 U.S.C. § 31301(5)(D), and necessaries, pursuant to 46 U.S.C. § 31301(4).

4.  Date on which the lien was established:

    On or about July 3, 2025, when necessaries were last furnished to the vessel.

5.  Total amount of lien claimed:

    $2,184,379.02

## Declaration

I, Alex J. Parker, make the following declaration with respect to this Notice of Claim of Lien:

(a) The information in the notice is true and correct to the best of the knowledge, information, and belief of the individual who signed it.

(b) A copy of the notice, as presented for recordation, has been sent to each of the following:

    (i)    The owner of the Vessel:

            RCM 225, LLC
            c/o Pennantia LLC
            411 West Putnam Ave.
            Ste. 425
            Greenwich, CT 06830
            jtrump@contrariancapital.com
            jdiagonale@contrariancapital.com

    (ii)    Each person that recorded under subsection (a) of 46 USC §31343, an unexpired notice of a claim of an undischarged lien on the Vessel, which here is: none/not applicable;

    (iii)    The mortgagee of each mortgage filed or recorded under section §31321 of this title that is an undischarged mortgage on the Vessel:

            Wells Fargo Bank National Association
            1526 W. W.T. Harris Blvd.
            MAC D1109-109
            Charlotte, NC 28262

            Banc of California (f/k/a Pacific Western Bank)
            10 South Wacker Drive, Suite 3400
            Chicago, IL 60606

[Remainder of page intentionally left blank]

DOVE CAY, LLC

Alex I. Parker

Authorized Signatory

Sworn to before me this ___ day
of July 2025

Notary Public

Bari R. Chase
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02CH6244790
Qualified in New York County
Commission Expires 7/11/2027

**Enclosures**:

Fee of $8 per page, paid via Authorization for Credit Card Transaction

DOVE CAY, LLC

By Email

U.S. Coast Guard – National Vessel Documentation Center
792 T.J. Jackson Drive
Falling Waters, WV 25419

NVDC.PDF.FILING@uscg.mil

July 4, 2025

**RE: NOTICE OF CLAIM OF LIEN PURSUANT TO 46 C.F.R. § 67.250 et seq. – RCM 242/1154327**

Dear Sir or Madam:

Pursuant to 46 C.F.R. § 67.250, please take notice of this Notice of Claim of Lien by Dove Cay, LLC.

<u>**Required Items**</u>

1. Name and official number of vessel (the "**Vessel**"):

   RCM 242, Official No. 1154327

2. Name and address of each claimant (the "**Claimant**"):

   Dove Cay, LLC
   1321 Upland Drive, Ste. 20183
   Houston, TX 77043

3. Nature of lien claimed:

   Necessaries, pursuant to 46 U.S.C. § 31301(4).

4. Date on which the lien was established:

   On or about July 3, 2025, when necessaries were last furnished to the vessel.

5. Total amount of lien claimed:

   $470,030.04

## Declaration

I, Alex J. Parker, make the following declaration with respect to this Notice of Claim of Lien:

(a) The information in the notice is true and correct to the best of the knowledge, information, and belief of the individual who signed it.

(b) A copy of the notice, as presented for recordation, has been sent to each of the following:

    (i)    The owner of the Vessel:

        RCM 242, LLC
        c/o Pennantia LLC
        411 West Putnam Ave.
        Ste. 425
        Greenwich, CT 06830
        jtrump@contrariancapital.com
        jdiagonale@contrariancapital.com

    (ii)    Each person that recorded under subsection (a) of 46 USC §31343, an unexpired notice of a claim of an undischarged lien on the Vessel, which here is: none/not applicable;

    (iii)    The mortgagee of each mortgage filed or recorded under section §31321 of this title that is an undischarged mortgage on the Vessel:

        Wells Fargo Bank National Association
        1526 W. W.T. Harris Blvd.
        MAC D1109-109
        Charlotte, NC 28262

        Banc of California (f/k/a Pacific Western Bank)
        10 South Wacker Drive, Suite 3400
        Chicago, IL 60606

[Remainder of page intentionally left blank]

DOVE CAY, LLC

Alex J. Parker
Authorized Signatory

Sworn to before me this ⁷/ day
of July 2025

Notary Public

Bari R. Chase
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02CH6244790
Qualified in New York County
Commission Expires 7/11/2027

Enclosures:

Fee of $8 per page, paid via Authorization for Credit Card Transaction

DOVE CAY, LLC

By Email

U.S. Coast Guard – National Vessel Documentation Center
792 T.J. Jackson Drive
Falling Waters, WV 25419

NVDC.PDF.FILING@uscg.mil

July 4, 2025

**RE: NOTICE OF CLAIM OF LIEN PURSUANT TO 46 C.F.R. § 67.250 et seq. – RCM 250/1235496**

Dear Sir or Madam:

Pursuant to 46 C.F.R. § 67.250, please take notice of this Notice of Claim of Lien by Dove Cay, LLC.

**Required Items**

1. Name and official number of vessel (the "**Vessel**"):

   RCM 250, Official No. 1235496

2. Name and address of each claimant (the "**Claimant**"):

   Dove Cay, LLC
   1321 Upland Drive, Ste. 20183
   Houston, TX 77043

3. Nature of lien claimed:

   Wages of the crew of the Vessel, pursuant to 46 U.S.C. § 31301(5)(D), and necessaries, pursuant to 46 U.S.C. § 31301(4).

4. Date on which the lien was established:

   On or about July 3, 2025, when necessaries were last furnished to the vessel.

5. Total amount of lien claimed:

   $1,252,356.96

## Declaration

I, Alex J. Parker, make the following declaration with respect to this Notice of Claim of Lien:

(a) The information in the notice is true and correct to the best of the knowledge, information, and belief of the individual who signed it.

(b) A copy of the notice, as presented for recordation, has been sent to each of the following:

    (i)    The owner of the Vessel:

        RCM 250, LLC
        c/o Pennantia LLC
        411 West Putnam Ave.
        Ste. 425
        Greenwich, CT 06830
        jtrump@contrariancapital.com
        jdiagonale@contrariancapital.com

    (ii)    Each person that recorded under subsection (a) of 46 USC §31343, an unexpired notice of a claim of an undischarged lien on the Vessel, which here is: none/not applicable;

    (iii)    The mortgagee of each mortgage filed or recorded under section §31321 of this title that is an undischarged mortgage on the Vessel:

        Wells Fargo Bank National Association
        1526 W. W.T. Harris Blvd.
        MAC D1109-109
        Charlotte, NC 28262

        Banc of California (f/k/a Pacific Western Bank)
        10 South Wacker Drive, Suite 3400
        Chicago, IL 60606

[Remainder of page intentionally left blank]

DOVE CAY, LLC

Alex J. Parker
Authorized Signatory

Sworn to before me this _1_ day
of July 2025

Notary Public

> Bari R. Chase
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 02CH6244790
> Qualified in New York County
> Commission Expires 7/11/2027

**Enclosures:**

Fee of $8 per page, paid via Authorization for Credit Card Transaction

DOVE CAY, LLC

**By Email**

U.S. Coast Guard – National Vessel Documentation Center
792 T.J. Jackson Drive
Falling Waters, WV 25419

NVDC.PDF.FILING@uscg.mil

July 4, 2025

## RE: NOTICE OF CLAIM OF LIEN PURSUANT TO 46 C.F.R. § 67.250 et seq. – RCM 252/1292046

Dear Sir or Madam:

Pursuant to 46 C.F.R. § 67.250, please take notice of this Notice of Claim of Lien by Dove Cay, LLC.

### Required Items

1.  Name and official number of vessel (the "**Vessel**"):

    RCM 252, Official No. 1292046

2.  Name and address of each claimant (the "**Claimant**"):

    Dove Cay, LLC
    1321 Upland Drive, Ste. 20183
    Houston, TX 77043

3.  Nature of lien claimed:

    Wages of the crew of the Vessel, pursuant to 46 U.S.C. § 31301(5)(D), and necessaries, pursuant to 46 U.S.C. § 31301(4).

4.  Date on which the lien was established:

    On or about July 3, 2025, when necessaries were last furnished to the vessel.

5.  Total amount of lien claimed:

    $1,169,457.61

## Declaration

I, Alex J. Parker, make the following declaration with respect to this Notice of Claim of Lien:

(a) The information in the notice is true and correct to the best of the knowledge, information, and belief of the individual who signed it.

(b) A copy of the notice, as presented for recordation, has been sent to each of the following:

(i)  The owner of the Vessel:

RCM 252, LLC
c/o Pennantia LLC
411 West Putnam Ave.
Ste. 425
Greenwich, CT 06830
jtrump@contrariancapital.com
jdiagonale@contrariancapital.com

(ii)  Each person that recorded under subsection (a) of 46 USC §31343, an unexpired notice of a claim of an undischarged lien on the Vessel, which here is: none/not applicable;

(iii)  The mortgagee of each mortgage filed or recorded under section §31321 of this title that is an undischarged mortgage on the Vessel:

Wells Fargo Bank National Association
1526 W. W.T. Harris Blvd.
MAC D1109-109
Charlotte, NC 28262

Banc of California (f/k/a Pacific Western Bank)
10 South Wacker Drive, Suite 3400
Chicago, IL 60606

[Remainder of page intentionally left blank]

DOVE CAY, LLC

Alex J. Parker
Authorized Signatory

Sworn to before me this __1__ day
of July 2025

Notary Public

Bari R. Chase
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02CH6244790
Qualified in New York County
Commission Expires 7/11/2027



**Enclosures**:

Fee of $8 per page, paid via Authorization for Credit Card Transaction

DOVE CAY, LLC

**By Email**

U.S. Coast Guard – National Vessel Documentation Center
792 T.J. Jackson Drive
Falling Waters, WV 25419

NVDC.PDF.FILING@uscg.mil

July 4, 2025

**RE: NOTICE OF CLAIM OF LIEN PURSUANT TO 46 C.F.R. § 67.250 et seq. – RCM 262/1216336**

Dear Sir or Madam:

Pursuant to 46 C.F.R. § 67.250, please take notice of this Notice of Claim of Lien by Dove Cay, LLC.

**Required Items**

1.  Name and official number of vessel (the "**Vessel**"):

    RCM 262, Official No. 1216336

2.  Name and address of each claimant (the "**Claimant**"):

    Dove Cay, LLC
    1321 Upland Drive, Ste. 20183
    Houston, TX 77043

3.  Nature of lien claimed:

    Wages of the crew of the Vessel, pursuant to 46 U.S.C. § 31301(5)(D), and necessaries, pursuant to 46 U.S.C. § 31301(4).

4.  Date on which the lien was established:

    On or about July 3, 2025, when necessaries were last furnished to the vessel.

5.  Total amount of lien claimed:

    $2,116,933.57

## Declaration

I, Alex J. Parker, make the following declaration with respect to this Notice of Claim of Lien:

(a) The information in the notice is true and correct to the best of the knowledge, information, and belief of the individual who signed it.

(b) A copy of the notice, as presented for recordation, has been sent to each of the following:

(i) The owner of the Vessel:

RCM 262, LLC
c/o Pennantia LLC
411 West Putnam Ave.
Ste. 425
Greenwich, CT 06830
jtrump@contrariancapital.com
jdiagonale@contrariancapital.com

(ii) Each person that recorded under subsection (a) of 46 USC §31343, an unexpired notice of a claim of an undischarged lien on the Vessel, which here is: none/not applicable;

(iii) The mortgagee of each mortgage filed or recorded under section §31321 of this title that is an undischarged mortgage on the Vessel:

Wells Fargo Bank National Association
1526 W. W.T. Harris Blvd.
MAC D1109-109
Charlotte, NC 28262

Banc of California (f/k/a Pacific Western Bank)
10 South Wacker Drive, Suite 3400
Chicago, IL 60606

[Remainder of page intentionally left blank]

DOVE CAY, LLC

Alex J. Parker
Authorized Signatory

Sworn to before me this 2 day
of July 2025

Notary Public

Bari R. Chase
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02CH6244790
Qualified in New York County
Commission Expires 7/11/2027

**Enclosures**:

Fee of $8 per page, paid via Authorization for Credit Card Transaction

DOVE CAY, LLC

**By Email**

U.S. Coast Guard – National Vessel Documentation Center
792 T.J. Jackson Drive
Falling Waters, WV 25419

NVDC.PDF.FILING@uscg.mil

July 4, 2025

**RE: NOTICE OF CLAIM OF LIEN PURSUANT TO 46 C.F.R. § 67.250 et seq. – RCM 270/1257373**

Dear Sir or Madam:

Pursuant to 46 C.F.R. § 67.250, please take notice of this Notice of Claim of Lien by Dove Cay, LLC.

**Required Items**

1. Name and official number of vessel (the "**Vessel**"):

    RCM 270, Official No. 1257373

2. Name and address of each claimant (the "**Claimant**"):

    Dove Cay, LLC
    1321 Upland Drive, Ste. 20183
    Houston, TX 77043

3. Nature of lien claimed:

    Wages of the crew of the Vessel, pursuant to 46 U.S.C. § 31301(5)(D), and necessaries, pursuant to 46 U.S.C. § 31301(4).

4. Date on which the lien was established:

    On or about July 3, 2025, when necessaries were last furnished to the vessel.

5. Total amount of lien claimed:

    $1,358,858.52

## Declaration

I, Alex J. Parker, make the following declaration with respect to this Notice of Claim of Lien:

(a) The information in the notice is true and correct to the best of the knowledge, information, and belief of the individual who signed it.

(b) A copy of the notice, as presented for recordation, has been sent to each of the following:

    (i)    The owner of the Vessel:

> RCM 270, LLC
> c/o Pennantia LLC
> 411 West Putnam Ave.
> Ste. 425
> Greenwich, CT 06830
> jtrump@contrariancapital.com
> jdiagonale@contrariancapital.com

    (ii)    Each person that recorded under subsection (a) of 46 USC §31343, an unexpired notice of a claim of an undischarged lien on the Vessel, which here is: none/not applicable;

    (iii)    The mortgagee of each mortgage filed or recorded under section §31321 of this title that is an undischarged mortgage on the Vessel:

> Wells Fargo Bank National Association
> 1526 W. W.T. Harris Blvd.
> MAC D1109-109
> Charlotte, NC 28262
>
> Banc of California (f/k/a Pacific Western Bank)
> 10 South Wacker Drive, Suite 3400
> Chicago, IL 60606

[Remainder of page intentionally left blank]

DOVE CAY, LLC

Alex J. Parker

Authorized Signatory

Sworn to before me this ___ day
of July 2025

Notary Public

Bari R. Chase
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02CH6244790
Qualified in New York County
Commission Expires 7/11/2027

**Enclosures**:

Fee of $8 per page, paid via Authorization for Credit Card Transaction

DOVE CAY, LLC

**By Email**

U.S. Coast Guard – National Vessel Documentation Center
792 T.J. Jackson Drive
Falling Waters, WV 25419

NVDC.PDF.FILING@uscg.mil

July 4, 2025

**RE: NOTICE OF CLAIM OF LIEN PURSUANT TO 46 C.F.R. § 67.250 et seq. – REBEKAH ROSE/1053010**

Dear Sir or Madam:

Pursuant to 46 C.F.R. § 67.250, please take notice of this Notice of Claim of Lien by Dove Cay, LLC.

**Required Items**

1. Name and official number of vessel (the "**Vessel**"):

    REBEKAH ROSE, Official No. 1053010

2. Name and address of each claimant (the "**Claimant**"):

    Dove Cay, LLC
    1321 Upland Drive, Ste. 20183
    Houston, TX 77043

3. Nature of lien claimed:

    Wages of the crew of the Vessel, pursuant to 46 U.S.C. § 31301(5)(D), and necessaries, pursuant to 46 U.S.C. § 31301(4).

4. Date on which the lien was established:

    On or about July 3, 2025, when necessaries were last furnished to the vessel.

5. Total amount of lien claimed:

    $3,871,077.31

## Declaration

I, Alex J. Parker, make the following declaration with respect to this Notice of Claim of Lien:

(a) The information in the notice is true and correct to the best of the knowledge, information, and belief of the individual who signed it.

(b) A copy of the notice, as presented for recordation, has been sent to each of the following:

(i)     The owner of the Vessel:

Rebekah Rose, LLC
c/o Pennantia LLC
411 West Putnam Ave.
Ste. 425
Greenwich, CT 06830
jtrump@contrariancapital.com
jdiagonale@contrariancapital.com

(ii)    Each person that recorded under subsection (a) of 46 USC §31343, an unexpired notice of a claim of an undischarged lien on the Vessel, which here is:  none/not applicable;

(iii)   The mortgagee of each mortgage filed or recorded under section §31321 of this title that is an undischarged mortgage on the Vessel:

Wells Fargo Bank National Association
1526 W. W.T. Harris Blvd.
MAC D1109-109
Charlotte, NC 28262

Banc of California (f/k/a Pacific Western Bank)
10 South Wacker Drive, Suite 3400
Chicago, IL 60606

[Remainder of page intentionally left blank]

DOVE CAY, LLC

Alex J. Parker
Authorized Signatory

Sworn to before me this ⟋ day
of July 2025

Notary Public

Bari R. Chase
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02CH6244790
Qualified in New York County
Commission Expires 7/11/2027

**Enclosures**:

Fee of $8 per page, paid via Authorization for Credit Card Transaction

DOVE CAY, LLC

By Email

U.S. Coast Guard – National Vessel Documentation Center
792 T.J. Jackson Drive
Falling Waters, WV 25419

NVDC.PDF.FILING@uscg.mil

July 4, 2025

**RE: NOTICE OF CLAIM OF LIEN PURSUANT TO 46 C.F.R. § 67.250 et seq. – SUSAN ROSE/1282121**

Dear Sir or Madam:

Pursuant to 46 C.F.R. § 67.250, please take notice of this Notice of Claim of Lien by Dove Cay, LLC.

<u>**Required Items**</u>

1. Name and official number of vessel (the "**Vessel**"):

    SUSAN ROSE, Official No. 1282121

2. Name and address of each claimant (the "**Claimant**"):

    Dove Cay, LLC
    1321 Upland Drive, Ste. 20183
    Houston, TX 77043

3. Nature of lien claimed:

    Wages of the crew of the Vessel, pursuant to 46 U.S.C. § 31301(5)(D), and necessaries, pursuant to 46 U.S.C. § 31301(4).

4. Date on which the lien was established:

    On or about July 3, 2025, when necessaries were last furnished to the vessel.

5. Total amount of lien claimed:

    $2,110,676.52

## Declaration

I, Alex J. Parker, make the following declaration with respect to this Notice of Claim of Lien:

(a) The information in the notice is true and correct to the best of the knowledge, information, and belief of the individual who signed it.

(b) A copy of the notice, as presented for recordation, has been sent to each of the following:

    (i)    The owner of the Vessel:

        Susan Rose LLC
        c/o Pennantia LLC
        411 West Putnam Ave.
        Ste. 425
        Greenwich, CT 06830
        jtrump@contrariancapital.com
        jdiagonale@contrariancapital.com

    (ii)    Each person that recorded under subsection (a) of 46 USC §31343, an unexpired notice of a claim of an undischarged lien on the Vessel, which here is:  none/not applicable;

    (iii)    The mortgagee of each mortgage filed or recorded under section §31321 of this title that is an undischarged mortgage on the Vessel:

        Wells Fargo Bank National Association
        1526 W. W.T. Harris Blvd.
        MAC D1109-109
        Charlotte, NC 28262

        Banc of California (f/k/a Pacific Western Bank)
        10 South Wacker Drive, Suite 3400
        Chicago, IL 60606

[Remainder of page intentionally left blank]

DOVE CAY, LLC

Alex J. Parker
Authorized Signatory

Sworn to before me this __7__ day
of July 2025

Notary Public

Bari R. Chase
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02CH6244790
Qualified in New York County
Commission Expires 7/11/2027

**Enclosures**:

Fee of $8 per page, paid via Authorization for Credit Card Transaction