```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| Pennantia, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>Rose Cay Maritime, LLC, and<br>Dove Cay, LLC,<br><br>        Defendants. | In Admiralty<br><br>Case No. 1:25-CV-05904-SHS |

# EMERGENCY ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION

Upon review of the accompanying Declarations of Joshua Trump dated July 21, 2025, the accompanying Memorandum of Law and Complaint submitted by Plaintiff Pennantia, LLC ("Pennantia"), it is hereby:

ORDERED, that the above named Defendants Rose Cay Maritime, LLC ("RCM") and Dove Cay, LLC ("DC") show cause before the Hon. Sidney H. Stein, United States District Court for the Southern District of New York, on the _____ day of July, 2025 at _____ a.m. / p.m. of that day or as soon thereafter as counsel can be heard, why an Order should not be entered in this matter pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining:

(1) Defendant RCM during the pendency of this action from ordering the crews of Pennantia's vessels to stop work;

(2) Defendant DC during the pendency of this action from maintaining its Notices of Claim of Maritime Lien filed with the U.S. Coast Guard National Vessel Documentation Center ("NVDC") against those vessels; and

(3) Defendant RCM from obstructing Pennantia's access to its own vessels and records as Pennantia seeks to conclude an imminent sale of its vessels and further interfering with Pennantia's business operations; and

SUFFICIENT CAUSE APPEARING THEREFORE, it is

ORDERED, that

(1) Defendant RCM is enjoined during the pendency of this action from ordering the crews of Pennantia's vessels to stop work;

(2) Defendant DC during the pendency of this action is enjoined from maintaining its Notices of Claim of Maritime Lien filed with the U.S. Coast Guard National Vessel Documentation Center ("NVDC") against those vessels; and

(3) Defendant RCM is enjoined from obstructing Pennantia's access to its own vessels and records as Pennantia seeks to conclude an imminent sale of its vessels and further interfering with Pennantia's business operations; and it is further

ORDERED that no security need be posted by the Plaintiff; and it is further

ORDERED that personal service of a copy of this Order to Show Cause and annexed Memorandum of Law, and Declaration, together with the Complaint, shall be served on counsel for Defendants on or before _____, 2025, by _____, and shall be deemed good and sufficient service; and it is further

ORDERED, that answering papers, if any, shall be served upon counsel for Plaintiffs, to be received on or before _____, 2025.

Dated: July _____, 2025
AT:     New York, New York

_____
United States District Judge