UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PENNANTIA, LLC,

                              Plaintiff,

        -v-

ROSE CAY MARITIME, LLC, and
DOVE CAY, LLC,

                            Defendants.

25-cv-5904 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    On July 21, 2025, plaintiff Pennantia, LLC moved by order to show cause for a preliminary injunction in this matter, requesting an order, *inter alia*, enjoining defendants from ordering the crews of Pennantia's vessels to stop work, from maintaining defendants' Notices of Claim of Maritime Lien against Pennantia's vessels, and from obstructing Pennantia's access to its vessels and records.

    It is hereby ordered that plaintiff shall serve copies of its moving papers on defendants by email and overnight mail on or before 5 p.m. on July 24, 2025. There shall be a conference on this matter in Courtroom 23A of the Daniel Patrick Moynihan Courthouse, 500 Pearl St., New York, NY on Friday, July 25, 2025, at 11 a.m. Both parties' attorneys shall appear in person.

Dated: New York, New York
         July 23, 2025

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.