UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PENNANTIA, LLC,

       Plaintiff,

   -v-

ROSE CAY MARITIME, LLC, and
DOVE CAY, LLC,

       Defendants.

25-cv-5904 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

  A pretrial conference having been held today, with counsel for all parties present, it is hereby ordered that plaintiff shall be given access to the eighteen vessels at issue to inspect them. Defendants shall be notified in advance of the time and date of the inspections and of the identities of anyone participating in the inspections. The parties shall negotiate in good faith to determine the location of the inspections.

Dated: New York, New York
   July 25, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.