UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PENNANTIA, LLC,

                           Plaintiff,

            -v-

ROSE CAY MARITIME, LLC, and
DOVE CAY, LLC,

                        Defendants.

25-cv-5904 (SHS)

<u>ORDER</u>

---

SIDNEY H. STEIN, U.S. District Judge.

    It is hereby ordered that defendants shall set forth their legal arguments regarding the validity of the maritime liens on or before August 1, 2025. Plaintiff may respond on or before August 8, 2025. There will be oral argument on the validity of the liens on August 12, 2025, at 11 a.m. in Courtroom 23A of the Daniel Patrick Moynihan Courthouse at 500 Pearl St., New York, NY.


Dated: New York, New York
          July 25, 2025

                                          SO ORDERED:

                                          _____
                                          Sidney H. Stein, U.S.D.J.