UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PENNANTIA, LLC,

                          Plaintiff,

             -v-

ROSE CAY MARITIME, LLC, and
DOVE CAY, LLC,

                        Defendants.

25-cv-5904 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    At 3:46 p.m. today, the Court received a letter from counsel for Pennantia, LLC, stating that Freehill Hogan & Mahar, counsel for Rose Cay Maritime, LLC, had made the vessel inspections by Pennantia tomorrow morning contingent upon the guarantee, or payment, of a $50,000 retainer to Freehill Hogan & Mahar "to arrange for providing access, and presumably attending the inspections on board." (ECF Doc. No. 14.) At the lengthy pretrial conference held on July 25, there was extensive discussion concerning the vessel inspections, resulting in the Order of July 25. (ECF Doc. No. 12.) The payment of any sum by Pennantia to Rose Cay or its counsel in connection with the vessel inspections was never raised during the July 25 conference and the resulting Order imposed no such condition. The Court has attempted to establish a telephone conference with the parties this afternoon, but no attorney is available to participate.

    IT IS HEREBY ORDERED that:

1. The vessel inspections shall take place at the times and places previously agreed to by the parties;

2. There is no obligation at this time for Pennantia to pay Rose Cay's counsel to arrange for providing access to the vessels or for attending the onboard inspection or for any other reason; and

3. Any attorneys who intend to appear on behalf of these parties shall file a notice of appearance on the docket as soon as possible.

Dated: New York, New York
July 28, 2025

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.