# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Pennantia, LLC <br> *Plaintiff* <br> v. <br> Rose Cay Maritime, LLC <br> *Defendant* | ) <br> ) <br> ) Case No. 25 cv 5904 (SHS) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dove Cay, LLC .

Date: 07/28/2025

/s/ Patrick F. Lennon
*Attorney's signature*

Patrick F. Lennon
*Printed name and bar number*

Lennon, Murphy & Phillips, LLC
420 Lexington Ave, Suite 300
New York, NY 10170
*Address*

pfl@lmplaw.net
*E-mail address*

(212) 490-6050
*Telephone number*

(212) 490-6070
*FAX number*