# WATSON FARLEY & WILLIAMS

ATHENS  BANGKOK  DUBAI  DUSSELDORF  FRANKFURT  HAMBURG  HANOI  HONG KONG  LONDON
MADRID  MILAN  MUNICH  NEW YORK  PARIS  ROME  SEOUL  SINGAPORE  SYDNEY  TOKYO

**Via ECF**

Honorable Sidney H. Stein
United Stated District Court Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

July 31, 2025

**Pennantia, LLC v. Rose Cay Maritime, LLC and Dove Cay, LLC**
**25-cv-5904 SHS**

Dear Judge Stein:

We represent Defendant Rose Cay Maritime, LLC ("RCM") and write in response to the latest letter to the Court by counsel for the Plaintiff, Pennantia, LLC (ECF No. 24) which provided materially inaccurate details about the parties' mediation yesterday.

We first note the inappropriate nature of Pennantia's public communication with the Court offering details about the confidential mediation protected under Federal Rule of Evidence 408 which went well beyond what might be required to be reported. However, as Plaintiff has already breached the confidentiality RCM feels bound to respond.

Pennantia inaccurately relayed the events of the mediation. The mediator developed a comprehensive proposal and framework to deal with Pennantia's long overdue debts and breaches of the parties' contract. This was presented to both Pennantia and RCM and Dove Cay, LLC ("Dove") in mid-afternoon, which after deliberation, was accepted by RCM and Dove. The proposal provided reasonable transitional terms which would have enabled Pennantia to comply with USCG and ABS requirements on an interim basis and supported Owner's sale of the vessels. Several hours later, at approximately 7:00 p.m., Pennantia presented a wholly revised and unacceptable proposal which did not conform to the framework developed by the mediator, but reverted to their previously rejected low-ball offer which deferred significant payments and was made partially contingent on the sale while providing no factual backup to support the claim of an "imminent" sale, which has been pending for over 12 months in one form or another. The proposal injected significant uncertainty into the payment of undisputed debts of defendant Dove which provides crewing and technical management services to Pennantia's vessels.

Watson Farley & Williams LLP  120 West 45th Street  20th Floor  New York  New York  10036  T  +1 212 922 2200  F  +1 212 922 1512  wfw.com

Watson Farley & Williams LLP is a limited liability partnership that (or a WFW Affiliated Entity) has an office in each of the cities listed above.

I have consulted with counsel for Dove and both defendants are confident that the mediator will confirm the reasonableness of both Defendants' conduct in the mediation and the offer presented to Pennantia. Accordingly, Defendants have no objection to the Court contacting the mediator. Additionally, Defendants left their offer, in line with the mediator's proposal, open for 24 hours.

Pennantia's request that the Court require Defendants to perform a contract where the notice of termination was sent on July 24, 2025, calling for termination and turnover of the vessels on August 1, 2025, and where significant, undisputed amounts remain due and owing, is not justifiable under the law. Pennantia is free to hire another manager and Defendants urge them to do so to arrange an orderly turnover of the vessels tomorrow, August 1. That Pennantia must hire a new manager is a burden of Pennantia's own making, as a direct result of its contractual breaches including chronic underfunding. Defendants have no desire to continue to finance Pennantia's business nor have any affiliation with its majority shareholder due to material ethical and safety concerns.

Finally, RCM respectfully requests that the Court order Pennantia to provide the investor reporting and compliance information, including due diligence materials, fund performance, investor communications and inquiries, as required by Shipman Annex D(4)(d), which have been requested by RCM's general counsel and outside counsel on more than five (5) occasions and might provide managers critical information on the financial strength of business.

Respectfully,

**John Kissane**

cc:     All counsel via ECF