UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PENNANTIA, LLC,

                         Plaintiff,

        -v-

ROSE CAY MARITIME, LLC, and
DOVE CAY, LLC,

                        Defendants.

25-cv-5904 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    Plaintiff Pennantia, LLC has requested that the Court issue an order "delaying the proposed effective date of termination [of August 1, 2025,] set forth in the termination notice issued by [Rose Cay Maritime, LLC] dated July 24, 2025." (ECF 24 at 1.) According to Pennantia, Rose Cay's notice of termination is premised on Rose Cay's claim that Pennantia breached the Ship Management Agreement by failing to fund the vessel operating account, but Pennantia contends that Rose Cay in fact manipulated the timing of payments out of the operating account in order to create the appearance that the account was underfunded as a pretext for terminating the Ship Management Agreement. (*Id.* at 2.)

    Plaintiff's request for an order delaying the effective date of termination is denied. At the conference in this matter held on July 25, 2025, defendants represented to the Court that they would continue to comply with all applicable safety and minimum crew staffing requirements by the United States Coast Guard. If Pennantia believes that defendants have improperly terminated the agreement, it may seek to enforce its contractual rights in the course of this litigation.

Dated: New York, New York
         July 31, 2025

                                          SO ORDERED:

                                          */s/ Sidney H. Stein*

                                          Sidney H. Stein, U.S.D.J.