UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PENNANTIA, LLC,

                              Plaintiff,

              -v-

ROSE CAY MARITIME, LLC, and
DOVE CAY, LLC,

                            Defendants.

25-cv-5904 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a telephone conference in this matter tomorrow, August 1, 2025, at 11:00 a.m., via Microsoft Teams. The link will be sent to the parties by email.

Dated:  New York, New York
           July 31, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.