UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

| | | |
|---|---|---|
| PENNANTIA, LLC, | : | Case No. 25-CV-05904 |
| | : | |
| Plaintiff, | : | **NOTICE OF** |
| | : | <u>**APPEARANCE**</u> |
| | : | |
| ROSE CAY MARITIME, LLC, | : | |
| AND DOVE CAY, LLC, | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------X

To: The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Defendant, DOVE CAY, LLC.

Please serve all future correspondence and papers in connection with this action upon the undersigned.

Dated: New York, NY
       August 4, 2025

 

LENNON, MURPHY & PHILLIPS, LLC
*Attorneys for Defendant*
*DOVE CAY, LLC*

By: **/s/ *Steven R. Winters***
      Steven R. Winters

Steven R. Winters, Esq.
The Graybar Building
420 Lexington Avenue, Suite 300
New York, New York 10170
Tel:      (212) 490-6050
Fax:     (212) 490-6070
E-Mail:   srw@lmplaw.net

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Appearance was electronically filed on August 4, 2025, and has been served via email, and also via the Court's CM/ECF system, which shall notify all parties of record, to the following counsel of record:

Holland & Knight LLP
*Attorneys for Plaintiff Pennantia, LLC*
Michael J. Frevola
787 7th Avenue, Suite 3100
New York, NY 10019
Email: michael.frevola@hklaw.com

Watson Farley & Williams LLP
*Attorneys for Defendant Rose Cay Maritime, LLC*
John G. Kissane
Celinda Joan Metro
250 West 55th Street
New York, NY 10019
Email: jkissane@wfw.com
       cmetro@wfw.com

By:   /s/ *Steven R. Winters*
       Steven R. Winters