| | |
|---|---|
| **From:** | Steve Kress |
| **To:** | Kevin Lennon |
| **Cc:** | Patrick Lennon; Alessandra Tebaldi |
| **Subject:** | RE: RMC 260 |
| **Date:** | Wednesday, August 6, 2025 4:10:47 PM |

Hey Kevin. Thanks for the email. No one is dragging McAllister into this silliness.
I was told this morning by Andrew McAllister that Rose Cay was no longer accepting any invoices from McAllister
so Mr. Josh Trump was contacted for direction. He ordered the unit to New York and accepted my invoices.

Fell free to contact him. Thanks.

Best
Steve

---

**From:** Kevin Lennon <kjl@lmplaw.net>
**Sent:** Wednesday, August 6, 2025 4:05 PM
**To:** Steve Kress <SKress@McAllisterTowing.com>
**Cc:** Patrick Lennon <plennon@lmplaw.net>
**Subject:** RMC 260
**Importance:** High


**CAUTION EXTERNAL EMAIL: This email originated from outside of the organization. Do not click links or open attachments unless you recognized and verify the sender and know the content is safe.**

Hi Steve,

I hope you are doing well.  I just called for you at the office and briefly spoke with John Acetta.   He directed me to contact you via email.

We act for Dove Cay, LLC and have been passed a copy of your below message:

QUOTE

*Good Afternoon Gents-*

*Sadly, we are caught between the vessels owners and vessels former management company.*
*Please ignore any emails (or calls) from anyone but McAllister New York Dispatch unless there is a reconciliation, which at this time, does not seem likely.*

*Your orders to deliver the 260 to New York stand. Berth to be identified by owners later today.*

UNQUOTE

However, original orders were for RCM 260 to be delivered to the Port of Philadelphia where a layberth has been secured.  The RCM 260 is has Dove Cay crew aboard, is operated on its SMS pursuant to Rose Cay Maritime's DOC.

DC is asking whether McAllister is taking over the DOC, SMS, and manning /caring for the vessel now on behalf of Pennantia? If so, then an orderly handover with appropriate documentation should be arranged.

Can you please call me to discuss?

Thanks,

Kevin J. Lennon



**New York**
The Graybar Building
420 Lexington Avenue – Suite 300
New York, NY 10170
(T) (212) 490-6050 | (F) (212) 490-6070

**Connecticut**
1599 Post Road East
Westport, CT 06880
(T) (203) 256-8600 | (F) (203) 256-8615

klennon@lmplaw.net
www.lmplaw.net  -  (203) 521-9360 – mobile

*The highest compliment our clients can give us is to recommend us. We appreciate your referrals!*

The information contained in this e-mail message is confidential and privileged, and is intended only for the use of the named receiver.  If you are not the named receiver, or the person responsible for delivering this e-mail message to the named receiver, you are notified that any use of this e-mail message or its contents, including any dissemination or copying, is strictly prohibited.  If you have received this e-mail message in error, please immediately notify Lennon Murphy & Phillips by telephone at (203) 256-8600, and destroy the original message.  Thank you.