**Dove Cay, LLC**
1321 Upland Drive, Ste. 20183
Houston, TX 77043

INVOICE

**BILL TO**

**Pennantia LLC**
411 West Putnam Avenue
Greenwich, CT 06830 Suite 425

| | |
|---|---|
| INVOICE | DC20250701 |
| INVOICE DATE | 6/16/2025 |
| DUE DATE | 7/1/2025 |
| PAYMENT TERMS | Due Upon Receipt |

| LINE ITEM | DESCRIPTION | QTY | RATE | AMOUNT | AMOUNT |
|---|---|---|---|---|---|
| Anna Rose | July-25 | 1 | $242,067 | $242,067.33 | $242,067.00 |
| Jordan Rose | July-25 | 1 | $200,295 | $200,294.90 | $200,295.00 |
| Lynne M Rose | July-25 | 1 | $356,934 | $356,934.03 | $356,934.00 |
| Rebekah Rose | July-25 | 1 | $306,894 | $306,894.03 | $306,894.00 |
| Susan Rose | July-25 | 1 | $211,374 | $211,374.04 | $211,374.00 |
| RCM 270 | July-25 | 1 | $108,120 | $108,120.43 | $108,120.00 |
| RCM 262 | July-25 | 1 | $68,425 | $68,425.05 | $68,425.00 |
| RCM 260 | July-25 | 1 | $68,425 | $68,425.05 | $68,425.00 |
| RCM 252 | July-25 | 1 | $68,425 | $68,425.05 | $68,425.00 |
| RCM 250 | July-25 | 1 | $68,425 | $68,425.05 | $68,425.00 |
| RCM 245 | July-25 | 1 | $133,324 | $133,324.20 | $133,324.00 |
| RCM 225 | July-25 | 1 | $101,252 | $101,252.40 | $101,252.00 |
| **Total Crew incl. Benefits, Travel & Grub** | | **12** | | **$1,933,961.55** | **$1,933,960.00** |
| Operations | # employed | 7 | $19,378 | $135,645.26 | $150,645.00 |
| Engineering | # employed | 5 | $15,597 | $77,985.00 | $77,985.00 |
| Bookkeeper | # employed | 3 | $7,993 | $23,979.38 | $23,979.00 |
| HSEQ | # employed | 1 | $7,500 | $7,500.00 | $7,500.00 |
| Regulatory | # employed | 1 | $19,699 | $19,698.75 | $19,699.00 |
| Purchasing | # employed | 2 | $13,125 | $26,250.00 | $26,250.00 |
| Personnel | # employed | 3 | $14,635 | $43,905.60 | $43,906.00 |
| **Shoreside Team** | | **22** | | **$334,963.99** | **$349,964.00** |
| **Provision for T&E Expenses** | | **1** | **$45,000** | **$45,000.00** | **$45,000.00** |
| **Admin Expenses** | | **1** | **$55,000** | **$55,000.00** | **$55,000.00** |
| **Invoice Amount** | | | | **$2,368,925.54** | **$2,383,924.00** |

| Payments Received | | |
|---|---|---|
| | 7/29/2025 | $1,600,000.00 |
| | 7/31/2025 | $318,000.26 |
| | 7/31/2025 | $445,010.31 |
| | | $2,363,010.57 |
| **Invoice Balance Due** | | **$20,913.43** |

Balances are due upon receipt of invoice, 30-days prior to service. If the balance of an invoice is not paid in full on due date a late fee of 3% per month, monthly per Pennantia - SHIPMAN 2009 Box 13, will be applied to all balances past due. Please note, if any invoices are past due, all payments received will be applied first to accrued late fees and interest, then to the outstanding principal balance on past due invoices.

If unpaid invoices are referred for collection, the Customer will be charged for all collection costs and expenses, including but not limited to legal fees.