# Exhibit 1

**Dove Cay, LLC**

## INVOICE

BILL TO
**Pennantia LLC**

| | |
|---|---|
| INVOICE | DC20240301 |
| DATE | 3/1/2024 |
| TERMS | Upon Receipt |

| LINE ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Anna Rose | March-24 | 1 | $210,880 | $210,880 |
| Jordan Rose | March-24 | 1 | $200,323 | $200,323 |
| Lynne M Rose | March-24 | 1 | $320,007 | $320,007 |
| Rebekah Rose | March-24 | 1 | $290,078 | $290,078 |
| Susan Rose | March-24 | 1 | $111,056 | $111,056 |
| RCM 270 | March-24 | 1 | $138,757 | $138,757 |
| RCM 262 | March-24 | 1 | $59,145 | $59,145 |
| RCM 260 | March-24 | 1 | $59,145 | $59,145 |
| RCM 252 | March-24 | 1 | $59,145 | $59,145 |
| RCM 250 | March-24 | 1 | $59,145 | $59,145 |
| RCM 245 | March-24 | 1 | $127,148 | $127,148 |
| RCM 225 | March-24 | 1 | $92,326 | $92,326 |
| **Total Crew incl. Benefits, Travel & Grub** | | **12** | | **$1,727,154** |
| Operations | # employed | 6 | $18,976 | $113,856 |
| Engineering | # employed | 5 | $21,387 | $106,937 |
| Bookkeeper | # employed | 2 | $11,285 | $22,570 |
| HSEQ | # employed | 1 | $15,190 | $15,190 |
| Regulatory | # employed | 1 | $19,763 | $19,763 |
| Purchasing | # employed | 1 | $15,500 | $15,500 |
| Personnel | # employed | 3 | $12,377 | $37,130 |
| **Shoreside Team** | | **19** | | **$330,945** |
| **Provision for T&E Expenses** | | **1** | **$45,000** | **$45,000** |
| **Admin Expenses** | | **1** | **$55,000** | **$55,000** |
| **Invoice Amount** | | | | **$2,158,100** |

Balances are due upon receipt of this invoice, 30-days prior to service. If the balance of an invoice is not paid in full on due date a late fee of 3% per month monthly per Pennantia - SHIPMAN 2009 Box 13, will be applied to all balances past due. Please note that if there are invoice balances past due, then all payments received will be applied to first to accrued late fees and interest, then to the outstanding principal balance on past due invoices.

If unpaid invoices are referred for collection, the Customer will be charged for all associated costs and expenses, including attorney fees.