# Exhibit 3

Dove Cay, LLC

INVOICE

BILL TO

Pennantia LLC

| | | | | |
|---|---|---|---|---|
| | | INVOICE | | DC20240301 |
| | | DATE | | 3/1/2024 |
| | | TERMS | | Upon Receipt |

| LINE ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Anna Rose | March-24 | 1 | $210,880 | $210,880 |
| Jordan Rose | March-24 | 1 | $200,323 | $200,323 |
| Lynne M Rose | March-24 | 1 | $320,007 | $320,007 |
| Rebekah Rose | March-24 | 1 | $290,078 | $290,078 |
| Susan Rose | March-24 | 1 | $111,056 | $111,056 |
| RCM 270 | March-24 | 1 | $138,757 | $138,757 |
| RCM 262 | March-24 | 1 | $59,145 | $59,145 |
| RCM 260 | March-24 | 1 | $59,145 | $59,145 |
| RCM 252 | March-24 | 1 | $59,145 | $59,145 |
| RCM 250 | March-24 | 1 | $59,145 | $59,145 |
| RCM 245 | March-24 | 1 | $127,148 | $127,148 |
| RCM 225 | March-24 | 1 | $92,326 | $92,326 |
| Total Crew incl. Benefits, Travel & Grub | | 12 | | $1,727,154 |
| | | | | |
| Operations | # employed | 6 | $18,976 | $113,856 |
| Engineering | # employed | 5 | $21,387 | $106,937 |
| Bookkeeper | # employed | 2 | $11,285 | $22,570 |
| HSEQ | # employed | 1 | $15,190 | $15,190 |
| Regulatory | # employed | 1 | $19,763 | $19,763 |
| Purchasing | # employed | 1 | $15,500 | $15,500 |
| Personnel | # employed | 3 | $12,377 | $37,130 |
| Shoreside Team | | 19 | | $330,945 |
| | | | | |
| Provision for T&E Expenses | | 1 | $45,000 | $45,000 |
| | | | | |
| Admin Expenses | | 1 | $55,000 | $55,000 |
| | | | | |
| Invoice Amount | | | | $2,158,100 |