# Exhibit 4

**Dove Cay, LLC**

INVOICE

BILL TO
Pennantia LLC

| | | | | |
|---|---|---|---|---|
| | | INVOICE | | DC20240701 |
| | | DATE | | 7/1/2024 |
| | | TERMS | | Upon Receipt |

| LINE ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Anna Rose | July-24 | 1 | $277,350 | $277,350 |
| Jordan Rose | July-24 | 1 | $198,207 | $198,207 |
| Lynne M Rose | July-24 | 1 | $313,962 | $313,962 |
| Rebekah Rose | July-24 | 1 | $290,078 | $290,078 |
| Susan Rose | July-24 | 1 | $198,207 | $198,207 |
| RCM 270 | July-24 | 1 | $130,453 | $130,453 |
| RCM 262 | July-24 | 1 | $27,073 | $27,073 |
| RCM 260 | July-24 | 1 | $27,073 | $27,073 |
| RCM 252 | July-24 | 1 | $59,145 | $59,145 |
| RCM 250 | July-24 | 1 | $59,145 | $59,145 |
| RCM 245 | July-24 | 1 | $127,703 | $127,703 |
| RCM 225 | July-24 | 1 | $92,326 | $92,326 |
| **Total Crew incl. Benefits, Travel & Grub** | | **12** | | **$1,800,724** |
| Operations | # employed | 6 | $18,976 | $113,856 |
| Engineering | # employed | 5 | $14,349 | $71,743 |
| Bookkeeper | # employed | 3 | $8,292 | $24,875 |
| HSEQ | # employed | 1 | $15,190 | $15,190 |
| Regulatory | # employed | 1 | $19,763 | $19,763 |
| Purchasing | # employed | 1 | $15,500 | $15,500 |
| Personnel | # employed | 3 | $15,283 | $45,849 |
| **Shoreside Team** | | **20** | | **$306,775** |
| **Provision for T&E Expenses** | | **1** | **$45,000** | **$45,000** |
| **Admin Expenses** | | **1** | **$55,000** | **$55,000** |
| **Invoice Amount** | | | | **$2,207,499** |