# Exhibit 5

**PRIVATE & CONFIDENTIAL**

March 31, 2024

Pennantia, LLC
411 W. Putnam Ave, Suite 425
Greenwich, CT 06830
Attn: Josh Trump and Jennifer Diagonale

## Notice of Financing Charge

Pennantia, LLC ("Pennantia") maintains approximately $4.9MM of accounts payable owed to Dove Cay, LLC ("Dove Cay"). Pennantia is a valued customer and has not been charged any financing charge or interest on overdue sums to date. This vendor financing is a substantial benefit to Pennantia and a significant burden to Dove Cay.

Accordingly, on April 1, 2024, Dove Cay will begin charging and accruing a finance charge on all outstanding sums at a rate of 1% per month. Kindly note, this 1% monthly rate is a discount to the agreed rate in that certain Ship Management Agreement (the "Shipman") dated August 8, 2021 by and between Rose Cay Maritime, LLC, as managers, and Pennantia, LLC, as owners. Clause 9(a) of the Shipman provides that "in the event of payment after the due date of any outstanding sums the Manager shall be entitled to charge interest at the rate stated in Box 13." The stated rate in Box 13 of the Shipman is 3% per month.

Rose Cay Maritime, LLC and Dove Cay, LLC reserve all rights under the Shipman and/or relating to any and all outstanding sums and as such reserve our rights to charge, claim, and/or recover any and all outstanding sums, including, but not limited to financing charges on any and all outstanding sums.

Please feel free to contact me should you have any questions or concerns.

Sincerely,

Dove Cay, LLC

By: *Alex Parker*
Name: Alex Parker
Title: Authorized Person

ACKNOWLEDGED AND AGREED:

Pennantia, LLC
By: *Jennifer Diagonale*
Name: Jennifer Diagonale
Title: Authorized Signatory
Date: April 26, 2024