# Exhibit 6

**Pennantia - Week Cash Flow Forecast**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Week Starting | 02/03/25 | 02/10/25 | 02/17/25 | 02/24/25 | 03/03/25 | 03/10/25 | 03/17/25 | 03/24/25 | 03/31/25 | 04/07/25 |
| Revenue Receipts | $ 855,000 | $ - | $ - | $ 825,000 | $ 3,782,000 | $ 2,232,000 | $ - | $ - | $ 279,000 | $ - |
| A/R Collections (Re-Bills & Demurrage) | - | 191,562 | 191,562 | 19,930 | 19,930 | 19,930 | 19,930 | 19,930 | 19,930 | 19,930 |
| Operating Disbursements: | | | | | | | | | | |
| Dove Cay Payables | (9,761,102) | - | - | - | - | - | - | - | - | - |
| Operating Costs - current | (164,442) | (164,442) | (164,442) | (164,442) | (375,715) | (375,715) | (375,715) | (375,715) | (375,715) | (375,715) |
| Operating Costs - over 30 | (528,397) | (528,397) | (528,397) | (528,397) | - | - | - | - | - | - |
| Crew | - | - | - | - | (1,955,821) | - | - | - | (1,955,821) | - |
| Technical Team | - | - | - | - | (425,982) | - | - | - | (425,982) | - |
| RCM Management Team | - | - | - | - | (277,135) | - | - | - | (277,135) | - |
| Total Operating Disbursements | (10,453,941) | (692,839) | (692,839) | (692,839) | (3,034,653) | (375,715) | (375,715) | (375,715) | (3,034,653) | (375,715) |
| Cash Flow Before Shipyard & Interest | (9,598,941) | (501,276) | (501,276) | 152,092 | 767,277 | 1,876,216 | (355,784) | (355,784) | (2,735,723) | (355,784) |
| Shipyard Disbursements | (117,961) | (117,961) | (117,961) | (117,961) | (8,173) | (8,173) | (8,173) | (8,173) | (1,008,173) | (8,173) |
| Cash Flow Before Interest | (9,716,902) | (619,238) | (619,238) | 34,130 | 759,104 | 1,868,042 | (363,958) | (363,958) | (3,743,896) | (363,958) |
| Disbursements to First Lien | (100,000) | - | - | - | - | - | - | - | (807,500) | - |
| Cash Flow | (9,816,902) | (619,238) | (619,238) | 34,130 | 759,104 | 1,868,042 | (363,958) | (363,958) | (4,551,396) | (363,958) |
| Cash at Beginning of Period | 6,294,379 | (3,522,523) | (4,141,760) | (4,760,998) | (4,726,867) | (3,967,763) | (2,099,721) | (2,463,678) | (2,827,636) | (7,379,032) |
| **Cash at End of Period** | **(3,522,523)** | **(4,141,760)** | **(4,760,998)** | **(4,726,867)** | **(3,967,763)** | **(2,099,721)** | **(2,463,678)** | **(2,827,636)** | **(7,379,032)** | **(7,742,990)** |

**Pennantia - Week Cash Flow Forecast**

|  | 11 | 12 | 13 |
|---|---:|---:|---:|
| Week Starting | 04/14/25 | 04/21/25 | 04/28/25 |
| Revenue Receipts | $ 2,575,500 | $ - | $ 270,000 |
| A/R Collections (Re-Bills & Demurrage) | 19,930 | - | - |
| Operating Disbursements: |  |  |  |
|   Dove Cay Payables | - | - | - |
|   Operating Costs - current | (375,715) | (375,715) | (375,715) |
|   Operating Costs - over 30 | - | - | - |
|   Crew | - | - | (1,955,821) |
|   Technical Team | - | - | (425,982) |
|   RCM Management Team | - | - | (277,135) |
| Total Operating Disbursements | (375,715) | (375,715) | (3,034,653) |
| Cash Flow Before Shipyard & Interest | 2,219,716 | (375,715) | (2,764,653) |
| Shipyard Disbursements | (808,173) | (808,173) | (808,173) |
| Cash Flow Before Interest | 1,411,542 | (1,183,888) | (3,572,826) |
| Disbursements to First Lien | - | - | - |
| Cash Flow | 1,411,542 | (1,183,888) | (3,572,826) |
| Cash at Beginning of Period | (7,742,990) | (6,331,447) | (7,515,335) |
| **Cash at End of Period** | **(6,331,447)** | **(7,515,335)** | **(11,088,162)** |