**Estimated Fees per Foss LOA**
**2022 - 2024**

| Year | Management Fee | Operating Costs Plus Markup (Outside Management Fee) | Total |
|---|---|---|---|
| 2022 | 1,691,775 | 5,229,091 | 6,920,866 |
| 2023 | 1,742,528 | 3,554,629 | 5,297,157 |
| 2024 | 1,794,804 | 3,072,110 | 4,866,914 |
| **Total** | **5,229,107** | **11,855,830** | **17,084,937** |

**Management Fee**
**2022-2024**

Per LOA Agreement
Annual Increase: 3.00%

| # of Vessels | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Annual Management Fee | 182,500 | 365,000 | 547,500 | 730,000 | 912,500 | 1,095,000 | 1,277,500 | 1,460,000 | 1,642,500 | 1,825,000 |
| 2022 | 187,975 | 375,950 | 563,925 | 751,900 | 939,875 | 1,127,850 | 1,315,825 | 1,503,800 | 1,691,775 | 1,879,750 |
| 2023 | 193,614 | 387,229 | 580,843 | 774,457 | 968,071 | 1,161,686 | 1,355,300 | 1,548,914 | 1,742,528 | 1,936,143 |
| 2024 | 199,423 | 398,845 | 598,268 | 797,691 | 997,113 | 1,196,536 | 1,395,959 | 1,595,381 | 1,794,804 | 1,994,227 |

|  | Management Fee |
|---|---|
| 2022 | 1,691,775 |
| 2023 | 1,742,528 |
| 2024 | 1,794,804 |
|  | **5,229,107** |

**Fees Outside of Management Fee**
**By Vessel**
**2022-2024**

| | | - No Class - | Anna Rose | Cindy Rose | Jesse Rose | Joan Rose | Jordan Rose | Lynne Rose | Pennantia | RCM 210 | RCM 225 | RCM 242 | RCM 245 | RCM 250 | RCM 252 | RCM 260 | RCM 262 | RCM 270 | RCM 295 | Rebekah Rose | Susan Rose | Total | Check |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | $ | 178,956 | $ 206,981 | $ 10,703 | $ 6,707 | $ 9,307 | $ 207,841 | $ 610,671 | $ 3,185 | $ 13,856 | $ 208,781 | $ 20,638 | $ 1,761,502 | $ 222,864 | $ 107,838 | $ 20,594 | $ 447,542 | $ 255,703 | $ 100,295 | $ 720,466 | $ 114,660 | 5,229,091 | - |
| 2023 | | 3,967 | 241,006 | 6,316 | 18,187 | 6,481 | 129,985 | 141,860 | 73,778 | 27,611 | 860,926 | 61,049 | 512,507 | 113,593 | 133,544 | 221,450 | 335,016 | 161,839 | 18,746 | 408,809 | 77,959 | 3,554,629 | - |
| 2024 | | 13,073 | 143,484 | 8,604 | 15,909 | 6,762 | 104,311 | 51,930 | 87,007 | 54,895 | 120,380 | 65,879 | 631,552 | 137,185 | 183,194 | 347,631 | 337,368 | 109,427 | 44,681 | 483,626 | 125,213 | 3,072,110 | - |
| Total | $ | 195,996 | $ 591,471 | $ 25,624 | $ 40,803 | $ 22,550 | $ 442,137 | $ 804,461 | $ 163,970 | $ 96,362 | $ 1,190,086 | $ 147,566 | $ 2,905,560 | $ 473,643 | $ 424,576 | $ 589,676 | $ 1,119,925 | $ 526,969 | $ 163,721 | $ 1,612,901 | $ 317,832 | $ 11,855,830 | |