# Exhibit 9

**Dove Cay Fees**  ** Does not include the variable consulting charges that are part of the LOA agreement. These are still being calculate
**2022- April 2025**

| Year | Management Fee | Operating Costs Plus Markup (Outside Management Fee) | Total |
|---|---|---|---|
| 2022 | 1,109,250 | 3,529,431 | 4,638,681 |
| 2023 | 1,742,528 | 3,554,629 | 5,297,157 |
| 2024 | 1,794,804 | 3,072,110 | 4,866,914 |
| 2025 | 616,216 | 503,424 | 1,119,640 |
| **Total** | **5,262,798** | **10,659,594** | **15,922,393** |

d.

**Dove Cay Management Fee**
**2022- April 2025**

Per LOA Agreement
Annual Increase        3.00%

| # of Vessels | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Annual Management Fee** | 182,500 | 365,000 | 547,500 | 730,000 | 912,500 | 1,095,000 | 1,277,500 | 1,460,000 | 1,642,500 | 1,825,000 |
| **2022** | 187,975 | 375,950 | 563,925 | 751,900 | 939,875 | 1,127,850 | 1,315,825 | 1,503,800 | 1,691,775 | 1,879,750 |
| **2023** | 193,614 | 387,229 | 580,843 | 774,457 | 968,071 | 1,161,686 | 1,355,300 | 1,548,914 | 1,742,528 | 1,936,143 |
| **2024** | 199,423 | 398,845 | 598,268 | 797,691 | 997,113 | 1,196,536 | 1,395,959 | 1,595,381 | 1,794,804 | 1,994,227 |
| **2025** | 68,468 | 136,937 | 205,405 | 273,874 | 342,342 | 410,811 | 479,279 | 547,748 | 616,216 | 684,685 |

| | Management Fee |
|---|---|
| **2022** | 1,109,250 |
| **2023** | 1,742,528 |
| **2024** | 1,794,804 |
| **Jan - April 2025** | 616,216 |
| | **5,262,798** |

**2022 Management Fee Calc**

| Vessel | Date of Possession | # of Days | 12/31/2022 |
|---|---|---|---|
| Anna Rose | 5/3/2022 | 60,500.00 | |
| Cindy Rose | 4/14/2022 | 65,250.00 | |
| Jesse Rose | 4/14/2022 | 65,250.00 | |
| Joan Rose | 4/14/2022 | 65,250.00 | |
| Jordan Rose | 4/19/2022 | 64,000.00 | |
| Lynne Rose | 6/22/2022 | 48,000.00 | |
| RCM 210 | 4/14/2022 | 65,250.00 | |
| RCM 225 | 4/29/2022 | 61,500.00 | |
| RCM 242 | 4/14/2022 | 65,250.00 | |
| RCM 245 | 4/14/2022 | 65,250.00 | |
| RCM 250 | 4/19/2022 | 64,000.00 | |
| RCM 252 | 5/16/2022 | 57,250.00 | |
| RCM 260 | 4/14/2022 | 65,250.00 | |
| RCM 262 | 4/29/2022 | 61,500.00 | |
| RCM 270 | 6/22/2022 | 48,000.00 | |
| RCM 295 | 4/14/2022 | 65,250.00 | |
| Rebekah Rose | 4/14/2022 | 65,250.00 | |
| Susan Rose | 5/16/2022 | 57,250.00 | |
| | | | **1,109,250.00** |

**Dove Cay Outside Management Fee**
**By Vessel**
**2022- April 2025**

| | - No Class - | Anna Rose | Cindy Rose | Jesse Rose | Joan Rose | Jordan Rose | Lynne Rose | Pennantia | RCM 210 | RCM 225 | RCM 242 | RCM 245 | RCM 250 | RCM 252 | RCM 260 | RCM 262 | RCM 270 | RCM 295 | Rebekah Rose | Susan Rose | Total | Check |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | $ 89,496 | $ 110,809 | $ 7,712 | $ 5,848 | $ 7,712 | $ 161,205 | $ 270,405 | $ 2,377 | $ 10,121 | $ 101,981 | $ 18,674 | $ 1,293,807 | $ 213,201 | $ 69,995 | $ 18,270 | $ 377,538 | $ 72,828 | $ 84,464 | $ 546,715 | $ 66,273 | 3,529,431 | - |
| 2023 | 3,967 | 241,006 | 6,316 | 18,187 | 6,481 | 129,985 | 141,860 | 73,778 | 27,611 | 860,926 | 61,049 | 512,507 | 113,593 | 133,544 | 221,450 | 335,016 | 161,839 | 18,746 | 408,809 | 77,959 | 3,554,629 | - |
| 2024 | 13,073 | 143,484 | 8,604 | 15,909 | 6,762 | 104,311 | 51,930 | 87,007 | 54,895 | 120,380 | 65,879 | 631,552 | 137,185 | 183,194 | 347,631 | 337,368 | 109,427 | 44,681 | 483,626 | 125,213 | 3,072,110 | - |
| 2025 | (66) | 9,489 | 2,070 | 4,685 | 2,070 | 14,532 | 136,129 | 69,421 | 17,388 | 21,175 | 18,059 | 7,959 | 29,797 | 10,052 | 9,090 | 10,451 | 105,325 | 18,089 | 11,433 | 6,277 | 503,424 | - |
| **Total** | $ 106,537 | $ 495,299 | $ 22,632 | $ 39,944 | $ 20,955 | $ 395,500 | $ 464,194 | $ 163,162 | $ 92,626 | $ 1,083,287 | $ 145,602 | $ 2,437,865 | $ 463,979 | $ 386,733 | $ 587,352 | $ 1,049,922 | $ 344,094 | $ 147,890 | $ 1,439,150 | $ 269,445 | $ 10,156,170 | - |