# Exhibit 1

## CREW AND TECHNICAL MANAGEMENT

This Crew and Technical Management Agreement (this "Agreement"), dated effective April 14, 2022 (the "Effective Date") is by and between:

    A. Rose Cay Maritime, LLC ("RCM"), a Delaware limited liability company, and

    B. Dove Cay, LLC ("Dove Cay"), a Delaware limited liability company.

The parties have agreed to allow Dove Cay to provide crew and technical management services to RCM consistent with the following terms:

1. RCM is the manager of a fleet of vessels owned by Pennantia, LLC, pursuant to that certain Shipman Management Agreement dated August 8, 2021, as amended, restated or modified from time to time.

2. As the authorized managers on behalf of Pennantia, LLC, RCM has agreed with Dove Cay, LLC, an affiliate of RCM, to provide the crew and technical management for all of the vessels listed on Annex "A" attached hereto.

3. The commencement date of the agreement shall be April 14, 2022.

4. It is mutually agreed between the parties that this Agreement and the terms and conditions of the Letter of Agreement Concerning Rose Cay Fleet, dated August 3, 2021 and Appendix A, ("LOA") including the Acceptance Certificates for vessels listed on Annex "A" as well as any subsequent extensions and amendments to the LOA with their respective Appendices are hereby incorporated by reference into this Agreement and shall be considered part of this Agreement and shall be performed subject to the terms and conditions contained therein.

For Rose Cay Maritime, LLC
By: _____
Name: Alex Parker
Date: 4/14/22

For Dove Cay, LLC
By: _____
Name: Alex Parker
Date: 4/14/22