# Exhibit 6

**Pennantia - Week Cash Flow Forecast**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Week Starting | 06/23/25 | 06/30/25 | 07/07/25 | 07/14/25 | 07/21/25 | 07/28/25 | 08/04/25 | 08/11/25 | 08/18/25 | 08/25/25 |
| Revenue Receipts | $ - | $ - | $ - | $ 1,599,600 | $ - | $ 3,419,300 | $ - | $ 1,599,600 | $ - | $ 1,249,300 |
| A/R Collections (Re-Bills & Demurrage) | - | 1,518,783 | 1,518,783 | 56,271 | 56,271 | 56,271 | 56,271 | 56,271 | 56,271 | 56,271 |
| Operating Disbursements: | | | | | | | | | | |
| Dove Cay Payables | (9,816,307) | - | - | - | - | - | - | - | - | - |
| Foss Settlement | - | (914,286) | - | - | - | - | - | - | - | - |
| Operating Costs - current | (325,249) | (325,249) | (325,249) | (325,249) | (375,715) | (375,715) | (375,715) | (375,715) | (375,715) | (375,715) |
| Operating Costs - over 30 | (496,516) | (496,516) | (496,516) | - | - | - | - | - | - | - |
| Crew | - | (1,955,821) | - | - | - | (1,955,821) | - | - | - | - |
| Technical Team | - | (425,982) | - | - | - | (425,982) | - | - | - | - |
| RCM Management Team | - | (277,135) | - | - | - | (277,135) | - | - | - | - |
| Total Operating Disbursements | (10,638,072) | (4,394,989) | (821,765) | (325,249) | (375,715) | (3,034,653) | (375,715) | (375,715) | (375,715) | (375,715) |
| Cash Flow Before Shipyard & Interest | (10,638,072) | (2,876,206) | 697,019 | 1,330,622 | (319,444) | 440,917 | (319,444) | 1,280,156 | (319,444) | 929,856 |
| Shipyard Disbursements | (1,323,967) | (1,323,967) | (1,323,967) | (164,743) | (164,743) | (8,173) | (8,173) | (8,173) | (8,173) | (8,173) |
| Cash Flow Before Interest | (11,962,039) | (4,200,173) | (626,949) | 1,165,879 | (484,188) | 432,744 | (327,617) | 1,271,983 | (327,617) | 921,683 |
| Disbursements to First Lien | - | (807,500) | - | - | - | - | - | - | - | - |
| Cash Flow | (11,962,039) | (5,007,673) | (626,949) | 1,165,879 | (484,188) | 432,744 | (327,617) | 1,271,983 | (327,617) | 921,683 |
| Cash at Beginning of Period | 7,262,743 | (4,699,296) | (9,706,969) | (10,333,918) | (9,168,039) | (9,652,227) | (9,219,483) | (9,547,100) | (8,275,117) | (8,602,735) |
| **Cash at End of Period** | **(4,699,296)** | **(9,706,969)** | **(10,333,918)** | **(9,168,039)** | **(9,652,227)** | **(9,219,483)** | **(9,547,100)** | **(8,275,117)** | **(8,602,735)** | **(7,681,052)** |

**Pennantia - Week Cash Flow Forecast**

| | 11 | 12 | 13 |
|---|---:|---:|---:|
| Week Starting | 09/01/25 | 09/08/25 | 09/15/25 |
| Revenue Receipts | $ 2,100,000 | $ - | $ 1,548,000 |
| A/R Collections (Re-Bills & Demurrage) | 56,271 | - | - |
| Operating Disbursements: | | | |
|   Dove Cay Payables | - | - | - |
|   Foss Settlement | - | - | - |
|   Operating Costs - current | (375,715) | (375,715) | (375,715) |
|   Operating Costs - over 30 | - | - | - |
|   Crew | (1,955,821) | - | - |
|   Technical Team | (425,982) | - | - |
|   RCM Management Team | (277,135) | - | - |
| Total Operating Disbursements | (3,034,653) | (375,715) | (375,715) |
| Cash Flow Before Shipyard & Interest | (878,383) | (375,715) | 1,172,285 |
| Shipyard Disbursements | (8,173) | (8,173) | (8,173) |
| Cash Flow Before Interest | (886,556) | (383,888) | 1,164,112 |
| Disbursements to First Lien | - | - | - |
| Cash Flow | (886,556) | (383,888) | 1,164,112 |
| Cash at Beginning of Period | (7,681,052) | (8,567,608) | (8,951,496) |
| **Cash at End of Period** | **(8,567,608)** | **(8,951,496)** | **(7,787,384)** |