# Exhibit 7

**Pennantia - Week Cash Flow Forecast**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Week Starting | 11/11/24 | 11/18/24 | 11/25/24 | 12/02/24 | 12/09/24 | 12/16/24 | 12/23/24 | 12/30/24 | 01/06/25 | 01/13/25 |
| Revenue Receipts | $ - | $ 465,000 | $ 800,000 | $ 3,782,000 | $ 1,464,950 | $ - | $ - | $ 2,230,000 | $ - | $ 1,943,700 |
| A/R Collections (Re-Bills & Demurrage) | - | 386,286 | 386,286 | 318,639 | 318,639 | 318,639 | 318,639 | 318,639 | 318,639 | 318,639 |
| Operating Disbursements: | | | | | | | | | | |
| Operating Costs - current | (186,256) | (186,256) | (186,256) | (186,256) | (373,830) | (373,830) | (373,830) | (373,830) | (373,830) | (373,830) |
| Operating Costs - over 30 | (412,945) | (412,945) | (412,945) | (412,945) | - | - | - | - | - | - |
| Crew | - | - | - | (1,955,821) | - | - | - | (1,955,821) | - | - |
| Technical Team | - | - | - | (425,982) | - | - | - | (425,982) | - | - |
| RCM Management Team | - | - | - | (277,135) | - | - | - | (277,135) | - | - |
| Total Operating Disbursements | (599,201) | (599,201) | (599,201) | (3,258,140) | (373,830) | (373,830) | (373,830) | (3,032,768) | (373,830) | (373,830) |
| Cash Flow Before Shipyard & Interest | (599,201) | 252,085 | 587,085 | 842,499 | 1,409,759 | (55,191) | (55,191) | (484,129) | (55,191) | 1,888,509 |
| Shipyard Disbursements | (479,895) | (822,347) | (822,347) | (822,347) | (342,452) | - | - | - | (400,000) | - |
| Cash Flow Before Interest | (1,079,096) | (570,262) | (235,262) | 20,152 | 1,067,307 | (55,191) | (55,191) | (484,129) | (455,191) | 1,888,509 |
| Interest Disbursements | - | - | - | - | - | - | - | (600,000) | - | - |
| Cash Flow | (1,079,096) | (570,262) | (235,262) | 20,152 | 1,067,307 | (55,191) | (55,191) | (1,084,129) | (455,191) | 1,888,509 |
| Cash at Beginning of Period | 2,077,566 | 998,470 | 428,208 | 192,946 | 213,098 | 1,280,405 | 1,225,214 | 1,170,023 | 85,893 | (369,297) |
| **Cash at End of Period** | **998,470** | **428,208** | **192,946** | **213,098** | **1,280,405** | **1,225,214** | **1,170,023** | **85,893** | **(369,297)** | **1,519,212** |

**Pennantia - Week Cash Flow Forecast**

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Week Starting | 01/20/25 | 01/27/25 | 02/03/25 | 02/10/25 | 02/17/25 | 02/24/25 | 03/03/25 | 03/10/25 | 03/17/25 | 03/24/25 |
| Revenue Receipts | $ - | $ 418,500 | $ 1,540,000 | $ 2,637,320 | $ - | $ 378,000 | $ 3,657,380 | $ 1,943,700 | $ - | $ 418,500 |
| A/R Collections (Re-Bills & Demurrage) | 318,639 | - | - | - | - | - | - | - | - | - |
| Operating Disbursements: | | | | | | | | | | |
|   Operating Costs - current | (373,830) | (373,830) | (373,830) | (373,830) | (373,830) | (373,830) | (373,830) | (373,830) | (373,830) | (373,830) |
|   Operating Costs - over 30 | - | - | - | - | - | - | - | - | - | - |
|   Crew | - | - | (1,955,821) | - | - | - | (1,955,821) | - | - | - |
|   Technical Team | - | - | (425,982) | - | - | - | (425,982) | - | - | - |
|   RCM Management Team | - | - | (277,135) | - | - | - | (277,135) | - | - | - |
| Total Operating Disbursements | (373,830) | (373,830) | (3,032,768) | (373,830) | (373,830) | (373,830) | (3,032,768) | (373,830) | (373,830) | (373,830) |
| Cash Flow Before Shipyard & Interest | (55,191) | 44,670 | (1,492,768) | 2,263,490 | (373,830) | 4,170 | 624,612 | 1,569,870 | (373,830) | 44,670 |
| Shipyard Disbursements | (400,000) | (400,000) | (400,000) | (400,000) | - | - | - | - | - | - |
| Cash Flow Before Interest | (455,191) | (355,330) | (1,892,768) | 1,863,490 | (373,830) | 4,170 | 624,612 | 1,569,870 | (373,830) | 44,670 |
| Interest Disbursements | - | - | - | - | - | - | - | - | - | - |
| Cash Flow | (455,191) | (355,330) | (1,892,768) | 1,863,490 | (373,830) | 4,170 | 624,612 | 1,569,870 | (373,830) | 44,670 |
| Cash at Beginning of Period | 1,519,212 | 1,064,021 | 708,691 | (1,184,077) | 679,413 | 305,584 | 309,754 | 934,366 | 2,504,236 | 2,130,407 |
| **Cash at End of Period** | **1,064,021** | **708,691** | **(1,184,077)** | **679,413** | **305,584** | **309,754** | **934,366** | **2,504,236** | **2,130,407** | **2,175,077** |

**Pennantia - Week Cash Flow Forecast**

| Week Starting | Total |
|---|---:|
| Revenue Receipts | $ 21,679,050 |
| A/R Collections (Re-Bills & Demurrage) | 3,321,682 |
| Operating Disbursements: | |
|   Operating Costs - current | (6,726,298) |
|   Operating Costs - over 30 | (1,651,781) |
|   Crew | (7,823,285) |
|   Technical Team | (1,703,929) |
|   RCM Management Team | (1,108,540) |
| Total Operating Disbursements | (19,013,833) |
| Cash Flow Before Shipyard & Interest | 5,986,899 |
| Shipyard Disbursements | (5,289,388) |
| Cash Flow Before Interest | 697,511 |
| Interest Disbursements | (600,000) |
| Cash Flow | 97,511 |
| Cash at Beginning of Period | 2,077,566 |
| **Cash at End of Period** | **2,175,077** |