# EXHIBIT 1



The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050 – Phone
(212) 490-6070 - Fax

1599 Post Road East
Westport, CT 06880
(203) 256-8600 – Phone
(203) 255-5700 - Phone
(203) 256-8615 – Fax
(203) 255-5702 - Fax

July 31, 2025

<u>*Via Email*</u>
Pennantia, LLC
c/o Michael Frevola, Esq.
Holland & Knight LLP
787 Seventh Avenue
31St Floor
New York, New York 10019

**RE: Technical Management and Crewing Services – Pennantia Fleet**

Dear Mr. Frevola,

As you are aware, we represent Dove Cay, LLC ("Dove Cay"), the technical manager and crewing agent for a fleet of eighteen (18) vessels (the "Vessels") owned by your client, Pennantia, LLC ("Pennantia").

We refer to the notice of termination issued by Rose Cay Maritime, LLC ("RCM"), Pennantia's commercial manager, dated July 24, 2025, by which RCM terminated its obligations under the Pennantia–RCM Ship Management Agreement dated August 8, 2021 (the "Pennantia–RCM Shipman"), effective August 1, 2025.

In light of (i) RCM's termination of commercial management services for the Pennantia Fleet and (ii) Pennantia's ongoing failure to pay undisputed amounts due to Dove Cay, please be advised that Dove Cay will cease acting as technical manager and crewing agent for any of the Vessels, effective August 1, 2025. This includes all services under any existing contractual arrangements or obligations.

Accordingly, Pennantia must immediately appoint a suitable replacement technical manager and crewing agent to assume responsibility for these functions as of August 1, 2025.

In the absence of duly arranged replacement management, and solely to avoid disruption of essential vessel operations and regulatory compliance, Dove Cay is willing to continue

providing technical management and crewing services on an interim and non-contractual basis, subject strictly to the following terms:

- **Interim Technical Management and Crewing Fee**: $7,775,274 per month (equal to 3x the prevailing standard rate), plus 30% markup on necessaries.
- **Payment Schedule**:
  - **Due July 31, 2025**: August Payment – $7,775,274
  - **Due August 15, 2025**: September Payment – $7,775,274
  - **30-Day Extension Option (Due September 1, 2025)** - $7,775,274
- **Minimum Term & Notice**: 60-day minimum term; 60-day advance written notice required for demobilization and safe transition.
- **Forced Continuation Charge & Demobilization Prepayment**: Due July 31, 2025 – $7,775,274

Pennantia's failure to timely make any of the above prepayments will constitute a material default, releasing Dove Cay from any further obligations relating to the Vessels without further notice.

Dove Cay, its employees, agents, and members shall bear no liability for any loss, delay, damage, or regulatory non-compliance resulting from Pennantia's failure to appoint a replacement technical manager and crewing agent as of August 1, 2025.

Dove Cay expressly reserves all rights and specifically invokes, for its sole benefit, the indemnity provisions of Clause 17(c) and the provisions of Clause 15 of the Letter of Agreement between RCM and Foss Maritime Company, LLC dated August 3, 2021 ("RCM–Foss LOA"), to the fullest extent permitted by applicable agreements and law.

To avoid further breaches, Pennantia must maintain, at its sole expense, all insurance coverage required under the Pennantia–RCM Shipman. Dove Cay and its counsel must receive satisfactory proof of such insurance for each Vessel no later than close of business on August 1, 2025. Failure to provide proof of insurance shall constitute a material default, justifying the immediate withdrawal of Dove Cay's services, including its crew.

We trust your client will treat this matter with the urgency it requires and ensure uninterrupted technical and crewing oversight for the Vessels.

Very truly yours,

Patrick F. Lennon