# EXHIBIT 2

| | |
|---|---|
| **From:** | Patrick Lennon |
| **To:** | Gerald.Morrissey@hklaw.com |
| **Cc:** | Celinda Metro; John Kissane; Kevin Lennon; Elliott Williams; william.bennett@blankrome.com; Michael.Frevola@hklaw.com |
| **Subject:** | RE: Privileged and confidential- Notice to Pennantia and demand for payment |
| **Date:** | Tuesday, August 12, 2025 3:52:09 PM |

Gerald,

We have passed your email to our client. Our client has no idea what you are referring to in your email. Thus, should you wish to further discuss any issues please provide specific details, including any information or communications from McAllister or any third party vendors.

The foregoing response is without prejudice and full reservation of our client's rights.

Sincerely,

*Patrick F. Lennon*

tel (203) 256-8600| (212) 490-6050 | mob (203) 258-5528

The information contained in this e-mail message is confidential and privileged, and is intended only for the use of the named receiver. If you are not the named receiver, or the person responsible for delivering this e-mail message to the named receiver, you are notified that any use of this e-mail message or its contents, including any dissemination or copying, is strictly prohibited. If you have received this e-mail message in error, please immediately notify Lennon Murphy & Phillips by telephone at (203) 255-5700, and destroy the original message. Thank you.

**From:** Gerald.Morrissey@hklaw.com <Gerald.Morrissey@hklaw.com>
**Sent:** Tuesday, August 12, 2025 1:11 PM
**To:** william.bennett@blankrome.com; Patrick Lennon <plennon@lmplaw.net>; Michael.Frevola@hklaw.com
**Cc:** Celinda Metro <cmetro@wfw.com>; John Kissane <JKissane@wfw.com>; Kevin Lennon <kjl@lmplaw.net>; Elliott Williams <elliott.williams@lmplaw.net>
**Subject:** RE: Privileged and confidential- Notice to Pennantia and demand for payment

All RCM and DC –

Pennantia is trying to pay and secure the company's third-party vendors for services, including McAllister to ship assist work in connection with RCM 260, but McCallister is informing that the crew is prohibited assist tug involvement. Pease confirm ASAP that the crew will not continue obstructing the discharge or tug assist from McAllister.

Gerald