# EXHIBIT 4

**Dove Cay, LLC**
1321 Upland Drive, Ste. 20183
Houston, TX 77043

INVOICE

BILL TO
**Pennantia LLC**
411 West Putnam Avenue
Greenwich, CT 06830 Suite 425

| | |
|---|---|
| INVOICE | DC20250731B |
| INVOICE DATE | 7/31/2025 |
| DUE DATE | 7/31/2025 |
| PAYMENT TERMS | Due Upon Receipt |

Re: August

| LINE ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Anna Rose | Crew Wages | 1 | $251,733 | $377,599.50 |
| Jordan Rose | Crew Wages | 1 | $187,483 | $281,224.50 |
| Lynne M Rose | Crew Wages | 1 | $364,954 | $547,431.00 |
| Rebekah Rose | Crew Wages | 1 | $313,844 | $470,766.00 |
| Susan Rose | Crew Wages | 1 | $239,173 | $358,759.50 |
| RCM 270 | Crew Wages | 1 | $110,133 | $165,199.50 |
| RCM 262 | Crew Wages | 1 | $69,955 | $104,932.50 |
| RCM 260 | Crew Wages | 1 | $69,955 | $104,932.50 |
| RCM 252 | Crew Wages | 1 | $69,955 | $104,932.50 |
| RCM 250 | Crew Wages | 1 | $69,955 | $104,932.50 |
| RCM 245 | Crew Wages | 1 | $136,296 | $204,444.00 |
| RCM 225 | Crew Wages | 1 | $103,513 | $155,269.50 |
| **Total Crew incl. Benefits, Travel & Grub** | | **12** | | **$2,980,423.50** |

| LINE ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Anna Rose | July-25 | 15 | $843 | $12,645.00 |
| Cindy Rose | July-25 | 15 | $843 | $12,645.00 |
| Jesse Rose | July-25 | 15 | $843 | $12,645.00 |
| Joan Rose | July-25 | 15 | $843 | $12,645.00 |
| Jordan Rose | July-25 | 15 | $843 | $12,645.00 |
| Lynne M Rose | July-25 | 15 | $843 | $12,645.00 |
| Rebekah Rose | July-25 | 15 | $843 | $12,645.00 |
| Susan Rose | July-25 | 15 | $843 | $12,645.00 |
| RCM 295 | July-25 | 15 | $843 | $12,645.00 |
| RCM 270 | July-25 | 15 | $843 | $12,645.00 |
| RCM 262 | July-25 | 15 | $843 | $12,645.00 |
| RCM 260 | July-25 | 15 | $843 | $12,645.00 |
| RCM 252 | July-25 | 15 | $843 | $12,645.00 |
| RCM 250 | July-25 | 15 | $843 | $12,645.00 |
| RCM 245 | July-25 | 15 | $843 | $12,645.00 |
| RCM 242 | July-25 | 15 | $843 | $12,645.00 |
| RCM 225 | July-25 | 15 | $843 | $12,645.00 |
| RCM 210 | July-25 | 15 | $843 | $12,645.00 |
| **Total** | | **255** | | **$227,610.00** |

| | | | | |
|---|---|---|---|---|
| Operations | # employed | 7 | $19,790 | $207,798.00 |
| Engineering | # employed | 5 | $15,012 | $112,591.50 |
| Bookkeeper | # employed | 3 | $8,187 | $36,841.50 |
| HSEQ | # employed | 1 | $15,000 | $22,500.00 |
| Regulatory | # employed | 1 | $20,191 | $30,286.50 |
| Purchasing | # employed | 2 | $13,318 | $39,954.00 |
| Personnel | # employed | 3 | $16,010 | $72,045.00 |
| **Shoreside Team** | | **22** | | **$522,016.50** |
| **Provision for T&E Expenses** | | **1** | **$22,500** | **$22,500.00** |
| **Admin and Legal Expenses** | | **1** | **$255,000** | **$127,500.00** |
| **Invoice Amount** | | | | **$3,880,050.00** |

Balances are due upon receipt of invoice or 30-days prior to service. If the balance of an invoice is not paid in full on due date a late fee of 3% per month will be applied to all balances past due. Please note, if any invoices are past due, all payments received will be applied first to accrued late fees and interest, then to the outstanding principal balance on past due invoices.

If unpaid invoices are referred for collection, the Customer will be charged for all collection costs and expenses, including but not limited to legal fees.