HOLLAND & KNIGHT LLP
Michael J. Frevola
F. Robert Denig
Chiara Kalogjera-Sackellares
787 Seventh Avenue
New York, New York 10019
michael.frevola@hklaw.com
robert.denig@hklaw.com
chiara.sackellares@hklaw.com
Telephone: 212.513.3200
Fax: 212.385.9010

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Pennantia, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Rose Cay Maritime, LLC, and<br>Dove Cay, LLC,<br><br>    Defendants. | In Admiralty<br><br>Case No. 1:25-CV-05904-SHS<br><br>**DECLARATION<br>OF MICHAEL RING** |

I, MICHAEL RING, declare as follows:

1. I am the chief operating officer of Contrarian Capital Management, L.L.C. ("CCM"), which advises funds that beneficially own 86.25% of the aggregate beneficial interests in the Plaintiff, Pennantia, LLC ("Pennantia"), in this proceeding. Pennantia is the owner of *ANNA ROSE, LYNNE ROSE, JORDAN ROSE, REBEKAH ROSE, SUSAN ROSE, CINDY ROSE, JESSE ROSE,* and *JOAN ROSE* and the tank barges *RCM 210, RCM 225, RCM 242, RCM 245, RCM 250, RCM 252, RCM 260, RCM 262, RCM 270,* and *RCM 295* (the "Pennantia Fleet").

2. I make this Declaration to respond to two letters submitted to this Court by counsel for Dove Cay, LLC ("DC"), dated August 21, 2025 and August 22, 2025, respectively, seeking an order directing Pennantia to pay DC for its services performed during August 2025.

3. On Saturday, August 16, 2025, at 3:07 pm EDT, I was contacted by a Lieutenant Andrea Porrata MSU (Marine Safety Unit) Port Arthur, which I understand covers marine vessel operations in the vicinity of Port Arthur, Texas.

4. LT Porrata initially called my CCM desk phone, which is forwarded to my mobile phone. The topic of the call was an operational issue related to two vessels in the Pennantia Fleet, the *Tug REBEKAH ROSE* and the *Tank Barge RCM 245* (the "Vessels"), which comprise an articulated barge unit (an "ATB") (i.e., a mated tug and barge) that was situated in the vicinity of Port Arthur, Texas. I am uncertain as to how LT Porrata reached me, as to my knowledge my telephone number is not listed as a point of contact for the Pennantia Fleet. The Pennantia Fleet has been managed for the last few years by Rose Cay Marine, LLC ("RCM"), which I believe typically would be the point of contact for the U.S. Coast Guard with respect to operational issues. It is possible that LT Porrata sought to contact me because Mr. Joshua Trump – the Managing Director of CCM – was observing the Sabbath at this juncture and would not be capable of being contacted until later that evening.

5. The specific operational issue about which LT Porrata was contacting me related to the Vessels, which were berthed in the Port Arthur area. The Vessels were berthed at Pier 2 and had to be moved to Pier 1 as another vessel was scheduled to arrive at the berth where the Vessels were located. The problem was that the Vessels were at the berth and they were not being moved.

6. I was told by LT Porrata that she was told the crew was vacating the ATB tomorrow afternoon (Sunday, August 17) and there would be no people manning the Vessels. There would

be no crew to move the boats and we would be non-compliant as to manning. She asked me "when were we going to move the boats?" She told me that the Vessels needed a certain amount of crew on board for them to be moved – including one Master and two Deckhands – and emphasized the lack of a security plan needed for American waterways operators (she also mentioned National Transportation Safety Board guidance in connection with this issue). She asked me again: "What are you going to do with the boats? Will they be in operation?"

7. My initial telephone conversation with LT Porrata on August 16, 2025, lasted 9 minutes and 57 seconds. A true and correct copy of my screenshot of the telephone log record of that call with LT Porrata is annexed as Exhibit 1. The notation to "Nextiva" on the screenshot indicates the telephone service application used by CCM, which then forwarded LT Porrata's telephone call to my mobile phone. A true and correct copy of my mobile phone call log which shows this call likewise is annexed as Exhibit 2.

8. LT Porrata followed up her call with a text message that same day at 3:19 pm EDT, which read in full as follows:

> MSUPAInspections@uscg.mil
> (409) 719-1604
>
> This is LT Porrata from MSU Port Arthur. Above is the contact information for our Domestics Shop.
>
> Please advise on what the vessel intends to do ***to be in full compliance with manning, safety, and security regulations***. (emphasis added)

A true and correct copy of that text message from August 16, 2025, as well as my reply ("Thank you for the call . . . will be in touch.") is annexed as Exhibit 3.

9. On Monday, August 18, 2025, at 10:03 am EDT, I spoke again with LT Porrata for a brief update. LT Perrota stated that there still was no compliance with the Vessels' manning requirements: "still nobody here." She asked me "what is going on – what is happening?" I told

3

her "let me speak to my group and find out what's happening." That call lasted a little over 2 minutes (I may have paraphrased the quotes above, but the general nature of our comments is correct). A true and correct copy of my mobile phone call log showing that call is annexed as Exhibit 4. The referenced call can be seen as the top entry of the call log.

10. A few minutes after my call with LT Porrata mentioned in the preceding paragraph, I reported status to Mr. Trump, in which report I stated:

> USCG called looking for a update. Said they did not engage with the lawyers [i.e., Holland & Knight LLP] and need to know what we are doing with the unmanned vessel. Let me know if you want to connect, or reach out to Holland . . .

A true and correct copy of my email to Mr. Trump dated August 18, 2025, and sent at 10:09 am EDT is annexed as Exhibit 5.

11. At 11:01 am EDT, I called LT Porrata to provide her with an update but she did not answer her phone. This referenced call can be seen as the second entry of the call log annexed as Exhibit 4. I made a second call at 11:02 am EDT that did not connect. This referenced call can be seen as the second call log entry of the call log extract annexed as Exhibit 2. At 11:03 am EDT, I made a third call which finally connected and was answered by another Coast Guard representative (a male), who tried to locate LT Porrata without success and then advised that he would pass along the message that I had called. A true and correct copy of my mobile phone call log showing that call is annexed as Exhibit 6. The 11:03 am EDT call is shown as the top entry on Exhibit 6.

12. At 11:16 am EDT, LT Porrata returned my call from 11:03 am EDT and we had a longer telephone conversation (nearly 11 minutes). She reported that, as far as she knew, there was no crew on either of the Vessels, that apparently the crew departure was known about by the Coast Guard the prior week (although she did not state how the Coast Guard had been informed),

4

and wanted to know Pennantia's plan for moving the Vessels. She mentioned that she had spoken with Pennantia's legal counsel (whom I later learned to be Sean Pribyl with Holland & Knight LLP) the prior day, but that she preferred to speak to Pennantia as the Vessels' owner. This referenced call can be seen as the third entry of the call log annexed as Exhibit 4.

13. LT Porrata further stated that she was starting the preparation of filing documentation regarding the Vessels' non-compliance with U.S. Coast Guard regulations. I asked her what the consequences would be from a finding of non-compliance, to which she responded the range of penalties could range from a deficiency finding restricting the movement of the Vessels up to daily fines which could reach $100,000/day in amount. Following my 11:16 am EDT telephone conference with LT Porrata that lasted approximately 11 minutes, I prepared an email regarding that telephone call which I sent to Mr. Trump, which email provided as follows:

> Spoke with Lt. Porrata:
>
> 1. She confirmed Captain Chris left the boat yesterday and she further stated this was known last week that he was vacating the boat on Sunday, and there is currently no crew on the boat.
>
> 2. She wants to know what our plan is going forward:
>    1. Timing of manning the vessel to get back in compliance?
>    2. Long term plans with vessel?
>
> 3. She mentioned that yesterday she spoke with our legal counsel but prefers to speak directly to us in the capacity of owner/operator.
>
> 4. She is starting her process of filing non-compliance. That could take her a couple hours or a couple days.
>    1. She said we need to get back to her in the next couple hours with an update.
>
> 5. If she completes her paperwork it could result in:
>    1. Deficiency – restrict the vessel from moving
>    2. Fines – Large range depending on the amount of deficiencies, but I did ask for worst case scenario which she replied with daily fines of around $100k.

5

At this point, we need Holland & Knight to get a crew for us to we can get back into compliance. Let me know if you want to schedule a call with Sean or anyone else.

A true and correct copy of my email to Joshua Trump at 12:27 pm EDT on August 18, 2025 reporting my telephone conference with LT Porrata that morning is annexed as Exhibit 7.

14. Later that day (Monday, August 18), at 5:55 pm EDT and then 5:56 pm EDT, I made efforts to call LT Porrata once again to provide an update as to status. While I did not have new information, I wanted to let her know as the representative of the U.S. Coast Guard with whom I was speaking that we continued to try to work the problem. The 5:55 pm EDT call can be seen as the lower entry on the call log extract annexed as Exhibit 6. The 5:56 pm EDT call is shown as the bottom entry on the call log extract annexed as Exhibit 2.

15. A short time later that same evening (on August 18), at 6:09 pm EDT, my voice-mails to LT Porrata were responded to by another Coast Guard officer, Lieutenant Justin Moffatt (who I mistakenly initially called Brandon in my first internal communications with colleagues). I spoke with LT Moffat for over 7 minutes regarding status. This referenced call can be seen as the fourth entry of the call log annexed as Exhibit 4. Shortly after my call with LT Moffat, I prepared the following report to Joshua Trump:

> Preliminary Update as Lt Porrata was unavailable. Left a message for her and a Brandon [i.e., LT Justin Moffatt] called me back. I relayed to him that we have been in discussions with the former crew who we are trying to hire back as soon as possible, and we would have more information on the crew's status tomorrow late morning.
>
> I asked him if he could **_confirm the minimum personnel required_** under the CoI for both the Tug and Barge:
>
> 1) Tug: **_He mentioned a total of 5_**: 1 Master, 1 Licensed Mate, 2 Able Body Seamen and 1 Ordinary Seamen.
> 2) Barge: He is looking for the CoI and/or Porrata to confirm. He will call me back once he locates the information.

6

A true and correct copy of my emailed status report to Mr. Trump (as well as to Sean Pribyl of Holland & Knight LLP) sent at 6:28 pm EDT on August 18, 2025, is annexed as Exhibit 8 (emphasis added).

16. Later that evening, at 8:28 pm EDT, I spoke again with LT Moffatt and received further information regarding vessel manning issues. That telephone call lasted slightly over 4 minutes and can be seen as the third entry from the bottom on the call log extract annexed as Exhibit 4. After that call, I once again provided a report to Mr. Trump with respect to status:

> ***Agreed that top priority is to man the Tug asap.***
>
> I just spoke with Brandon [i.e., LT Justin Moffatt] at the USCG. My message to Brandon was that *we are currently in talks with the crew to man the Tug asap*, we take this matter very seriously, and we want to get back into compliance asap.
>
> We will contact him/Porrata tomorrow morning with another update.
>
> Other updates
>
> 1. Barge: not required to be manned unless one of these events occurs.
>
>    A. Great Lake Voyages.
>
>    B. Coastwise Voyages.
>
> The barge can be manned, up to 4 people and 75% US citizens. Mariner creds are required.
>
> 2. Captain Chris said he is moving the Tug and Barge from Pier 2 to Pier 1. Tomorrow an unaffiliated vessel is landing at Pier 2.
>
> Best,
> Mike

A true and correct copy of my emailed status report to Mr. Trump (as well as to Sean Pribyl of Holland & Knight LLP) sent at 9:00 pm EDT on August 18, 2025, is annexed as Exhibit 9 (emphasis added). As can be seen, this exhibit is an email string and they very first email (at the end of the exhibit) is identical to the email annexed hereto as Exhibit 8.

7

17.　As can be seen from review of Exhibit 9, one last exchange of emails took place on the evening of August 18, 2025 between Holland & Knight's Sean Pribyl and myself. As can be seen, Mr. Pribyl related to me "his understanding that the barge [i.e., *RCM 245*] **_had to be manned due to residual cargo on board and the generator for the gas [inert] system needed a person to operate._**" *See* Exhibit 9 (emphasis added). I understand that Mr. Pribyl obtained that information from his telephone conversation with LT Porrata on Sunday, August 17, 2025. I responded to Mr. Pribyl that I intended to call LT Porrata once again in the morning.

18.　The next morning, Tuesday, August 19, 2025, I spoke once again with LT Moffatt at 9:55 am EDT for approximately four and a half minutes. This call can be found on the call log extract annexed as Exhibit 4 as the entry second from the bottom of the listed calls. I provided a report shortly thereafter to Mr. Trump:

> I spoke with a Lt Moffatt this morning who was calling on behalf of Lt Porratta looking for updates on the (i) Status/Timing **_of the crew coming back_**, and (ii) if we heard an update from Captain Chris as to **_when he is supposed to arrive to move the ships_** from Pier 2 to Pier 1.
> Do we have an update to either of those?

A true and correct copy of my emailed status report to Mr. Trump (as well as to Sean Pribyl of Holland & Knight LLP) sent at 10:19 am EDT on August 19, 2025, is annexed as Exhibit 10 (emphasis added).

19.　I called again later that same day at 12:15 pm EDT and left a message (26 seconds). This call can be found on the call log extract annexed as Exhibit 4 as the entry at the bottom of the listed calls.

20.　LT Moffatt responded to my voicemail message less than five minutes later at 12:19 pm EDT. We spoke for slightly less than five minutes. A true and correct copy of my mobile phone call log showing that call is annexed as Exhibit 11. The 12:19 pm EDT call is shown as the

8

second entry from the top of Exhibit 11. The topic of this conversation was the commencement of a discussion as to whether we could add Pennantia to the Vessels' Certificate of Inspection so that Pennantia could hire the crew back to man the Vessels and allow the Vessels to be moved.

21.     LT Moffatt called back once again approximately 90 minutes later at 1:46 pm EDT for approximately five minutes. Once again, we discussed the issue of the Vessels' Certificates of Inspection and for documentation proving that RCM no longer was operating/managing the Vessels. LT Moffatt also inquired as to the status of the Vessels being remanned to effect the move of the Vessels from Pier 2 to Pier 1. The 1:46 pm EDT call is shown as the third entry from the top of Exhibit 11. At 1:54 pm, I provided the following update to Mr. Trump and Mr. Pribyl:

> Josh/Sean - Regarding the DoC, the USCG has asked for documentation proving out that RCM is no longer operating/managing the Pennantia vessels. What is best to show them? They said this is the next step towards reaching a resolution.
>
> Also, they were looking for an update on Captain Louis, when we expect him to arrive to move the boats from Pier 2 over to Pier 1. Do we have an update?

I have not attached this email as an exhibit as this email string contains legal advice from Mr. Pribyl as opposed to merely a discussion of the facts surrounding the Port Arthur situation involving the Vessels.

22.     On Wednesday, August 20, 2025, LT Moffatt called me again at 10:04 am EDT and we spoke for slightly less than 90 seconds seeking information to establish that RCM had terminated its relationship as manager/operator of the Vessels as well as Pennantia's continuing efforts to resolve the manning situation. The Wednesday, August 20, 2025 call at 10:04 am EDT is shown as the fourth entry from the top of Exhibit 11.

23.     After our call on Wednesday, August 20, 2025, I sent LT Moffatt consecutive emails with respect to the Vessels at 11:18 am EDT and then at 2:31 pm EDT. The first email sought input from the Coast Guard as to whether the Vessels' Certificates of Inspection could

9

name both RCM and Pennantia so that Pennantia could arrange to crew the Vessels without needing to involve RCM:

> Hi Lt Moffatt – Per our conversation, please find attached a Court Order that confirm RCM's (Operator) termination letter to Pennantia (Owner) was withheld by the Courts. Pennantia asked the Court to stop RCM from terminating their agreement, but the Courts disagreed with Pennantia and permitted RCM's termination request to remain effective.
>
> With that said, RCM has agreed to stay on to manage the boats through at least August and keep them on the DOI, so can we request that the CoI include both RCM and Pennantia? Is that permissible?
>
> Thanks,
> Mike

A true and correct copy of my emails to LT Moffatt on Wednesday, August 20, 2025, is annexed as Exhibit 12.

24. The second email to LT Moffatt on the afternoon of Wednesday, August 20, 2025, reported that the Vessels had finally completed their move from Pier 2 to Pier 1. *See* Exhibit 12. This movement of the Vessels did not take place at Pennantia's direction. To Pennantia's understanding, outside tugs were hired to move the Vessels (presumably by RCM/DC) as the *Tug REBEKAH ROSE* remained unmanned.

25. On Thursday, August 21, 2025, I spoke with U.S. Coast Guard Marine Safety Unit Port Arthur at 4:19 pm EDT for over 20 minutes. The Thursday, August 21, 2025 call at 4:19 pm EDT is shown as the second entry from the bottom of Exhibit 11. On that call, I spoke initially with LT Moffatt, who advised that me Pennantia is not listed on the Vessels' Certificate of Inspection, and that there could only be one entity on the Certificate of Inspection. As our telephone conversation continued, LT Moffatt was joined on our call by LT Porrata and a Lieutenant Commander Jessica Galarza (also of U.S. Coast Guard Marine Safety Unit Port Arthur), and we continued to discuss the Vessels' continued lack of proper manning. Specifically,

as the Vessels are located on the U.S. Gulf Coast and it is currently hurricane season, the Coast Guard representatives were keen to learn our weather plan, our manning intentions, and our safety plan with respect to the Vessels as they were still currently unmanned (at least the *Tug REBEKAH ROSE*, we have received some information that RCM/DC may have placed personnel back on the *Tank Barge RCM 245*, perhaps because of the Coast Guard's scrutiny of the situation). I told them that Pennantia took the short-manning issue seriously, that we were trying to resolve it, and that we were trying to provide the information on the weather and safety plans.

26. On Friday, August 22, 2025, Mr. Trump and I spoke with U.S. Coast Guard Marine Safety Unit Port Arthur commencing at 11:56 am EDT for 14 minutes. The Friday, August 22, 2025 call commencing at 11:56 am EDT is shown as the last entry at the bottom of Exhibit 11. On that call, Mr. Trump and I spoke with LT Moffatt going over Pennantia's plan to onboard an identified replacement vessel manager/operator, including seeking to provide the requested weather plan by the early part of this week.

27. It is my understanding that the manning shortage of the *Tug REBEKAH ROSE* continues, that the *Tank Barge RCM 245* may be remanned by RCM/DC to some extent, and that the Vessels moved berths on Wednesday, August 20, 2025. To date, to my knowledge, no fines or other penalties have been issued by the U.S. Coast Guard as a result of the aforementioned incident.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Greenwich, Connecticut, this 25th day of August 2025.

*[signature: Michael Ring]*
MICHAEL RING

11