# Ring Exhibit 1

**Error! Unknown document property name.**

