# Ring Exhibit 2

↙ Incoming call [HD]                9m 57s
  Aug 16, 3:07 PM

↗ Outgoing call [HD]
  Mon 11:02 AM

↗ Outgoing call [HD]                28s
  Mon 5:56 PM