# Ring Exhibit 3

