# Ring Exhibit 4

