# Ring Exhibit 5

**From:** Michael Ring <mring@contrariancapital.com>
**Sent:** Monday, August 18, 2025 10:09 AM
**To:** Josh Trump
**Subject:** Pennantia

USCG called looking for an update. Said they did not engage with the lawyers and need to know what we are doing with the unmanned vessel. Let me know if you want to connect, or reach out to Holland…

Michael Ring
*Chief Operating Officer*
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830
P: (203) 862-8262
Email: mring@contrariancapital.com