# Ring Exhibit 6

