# Ring Exhibit 7

| | |
|---|---|
| **From:** | Michael Ring <mring@contrariancapital.com> |
| **Sent:** | Monday, August 18, 2025 12:27 PM |
| **To:** | Josh Trump |
| **Subject:** | Pennantia |

Spoke with Lt. Porrata:

1) She confirmed Captain Chris left the boat yesterday and she further stated this was known last week that he was vacating the boat on Sunday, and there is currently no crew on the boat.
2) She wants to know what our plan is going forward:
    a. Timing of manning the vessel to get back in compliance?
    b. Long term plans with vessel?
3) She mentioned that yesterday she spoke with our legal counsel but prefers to speak directly to us in the capacity of owner/operator.
4) She is starting her process of filing non-compliance. That could take her a couple hours or a couple days.
    a. She said we need to get back to her in the next couple hours with an update.
5) If she completes her paperwork it could result in:
    a. Deficiency – restrict the vessel from moving
    b. Fines – Large range depending on the amount of deficiencies, but I did ask for worst case scenario which she replied with daily fines of around $100k.

At this point, we need Holland & Knight to get a crew for us to we can get back into compliance. Let me know if you want to schedule a call with Sean or anyone else.


Michael Ring
*Chief Operating Officer*
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830
P: (203) 862-8262
Email: mring@contrariancapital.com