# Ring Exhibit 8

| | |
|---|---|
| **From:** | Michael Ring <mring@contrariancapital.com> |
| **Sent:** | Monday, August 18, 2025 6:28 PM |
| **To:** | Josh Trump; Pribyl, Sean T (WAS - X75203) |
| **Subject:** | USCG |

Preliminary Update as Lt Porrata was unavailable. Left a message for her and a Brandon called me back. I relayed to him that we have been in discussions with the former crew who we are trying to hire back as soon as possible, and we would have more information on the crew's status tomorrow late morning.

I asked him if he could confirm the minimum personnel required under the CoI for both the Tug and Barge:
1) Tug: He mentioned a total of 5: 1 Master, 1 Licensed Mate, 2 Able Body Seamen and 1 Ordinary Seamen.
2) Barge: He is looking for the CoI and/or Porrata to confirm. He will call me back once he locates the information.


Michael Ring
*Chief Operating Officer*
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830
P: (203) 862-8262
Email: mring@contrariancapital.com