# Ring Exhibit 9



**From:** Michael Ring <mring@contrariancapital.com>
**Sent:** Monday, August 18, 2025 9:35 PM
**To:** Josh Trump <jtrump@contrariancapital.com>; Sean.Pribyl@hklaw.com
**Subject:** Re: USCG

Great - Brandon was reading the parameters from the CoI, but we should take a read if we can get our hands on it as there is most likely more language that may cover what you suggested. I intend to call Lt Porrata in the morning and will confirm those details with her and report back.

On Aug 18, 2025 9:24 PM, Sean.Pribyl@hklaw.com wrote:
Mike - that approach to the USCG sounds good. In terms of manning, my understanding was that the barge had to be manned due to residual cargo on board and the generator for the gas insert system needed a person to operate. Were those parameters regarding Great Lakes and coastwise from the USCG?

sent via phone
Best Regards,
Sean

**Sean Pribyl | Holland & Knight**
Partner
Holland & Knight LLP
800 17th Street N.W., Suite 1100 | Washington, District of Columbia 20006
Phone 202.469.5203 | Fax 202.955.5564 | Mobile 202.308.7622
sean.pribyl@hklaw.com | www.hklaw.com

---

**From:** Michael Ring <mring@contrariancapital.com>
**Sent:** Monday, August 18, 2025 9:00:10 PM
**To:** Josh Trump <jtrump@contrariancapital.com>; Pribyl, Sean T (WAS - X75203) <Sean.Pribyl@hklaw.com>
**Cc:** Pribyl, Sean T (WAS - X75203) <Sean.Pribyl@hklaw.com>
**Subject:** RE: USCG

*[External email]*
Agreed that top priority is to man the Tug asap.

I just spoke with Brandon at the USCG. My message to Brandon was that we are currently in talks with the crew to man the Tug asap, we take this matter very seriously, and we want to get back into compliance asap.

We will contact him/Porrata tomorrow morning with another update.

Other updates

1. Barge: not required to be manned unless one of these events occurs.
    A. Great Lake Voyages.
    B. Coastwise Voyages.

The barge can be manned, up to 4 people and 75% US citizens. Mariner creds are required.

2. Captain Chris said he is moving the Tug and Barge from Pier 2 to Pier 1. Tomorrow an unaffiliated vessel is landing at Pier 2.

Best,
Mike

On Aug 18, 2025 8:39 PM, Sean.Pribyl@hklaw.com wrote:
Hi –

Considering our current situation, I believe our top priority should be to get the crew lined up to board the vessel as soon as possible. It's important that we promptly inform the USCG that we are taking these steps to ensure smooth operations and as a mitigation matter. As for the DOC, we can treat that as a secondary matter and research it more tomorrow.

Best Regards,
Sean

**Sean Pribyl** | **Holland & Knight**
Partner
Holland & Knight LLP
800 17th Street N.W., Suite 1100 | Washington, District of Columbia 20006
Phone 202.469.5203 | Fax 202.955.5564 | Mobile 202.308.7622
sean.pribyl@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Michael Ring <mring@contrariancapital.com>
**Sent:** Monday, August 18, 2025 7:32 PM
**To:** Josh Trump <jtrump@contrariancapital.com>
**Cc:** Pribyl, Sean T (WAS - X75203) <Sean.Pribyl@hklaw.com>
**Subject:** RE: USCG

*[External email]*
He needs to run by Lt Porrata who has not yet called back…

2

**From:** Josh Trump <jtrump@contrariancapital.com>
**Sent:** Monday, August 18, 2025 7:31 PM
**To:** Michael Ring <mring@contrariancapital.com>
**Cc:** sean.pribyl@hklaw.com
**Subject:** Re: USCG

Thx Mike.
Did he say that would be OK with them or he said Lt poratta needs to opine?
Thx

Sent from my iPhone

> On Aug 19, 2025, at 1:27 AM, Michael Ring <mring@contrariancapital.com> wrote:
>
> Preliminary Update as Lt Porrata was unavailable. Left a message for her and a Brandon called me back. I relayed to him that we have been in discussions with the former crew who we are trying to hire back as soon as possible, and we would have more information on the crew's status tomorrow late morning.
>
> I asked him if he could confirm the minimum personnel required under the CoI for both the Tug and Barge:
>
> 1. Tug: He mentioned a total of 5: 1 Master, 1 Licensed Mate, 2 Able Body Seamen and 1 Ordinary Seamen.
> 2. Barge: He is looking for the CoI and/or Porrata to confirm. He will call me back once he locates the information.
>
> Michael Ring
> *Chief Operating Officer*
> Contrarian Capital Management, L.L.C.
> 411 West Putnam Avenue, Suite 425
> Greenwich, CT 06830
> P: (203) 862-8262
> Email: mring@contrariancapital.com

This e-mail and the information contained herein shall not constitute an offer to sell or the solicitation of an offer to purchase an interest in a fund. Any such offer or solicitation will be made to qualified investors only by means of an offering memorandum and related subscription agreement. No sale of fund interests will be made in any jurisdiction in which the offer, solicitation or sale is not authorized or to any person to whom it is unlawful to make the offer, solicitation or sale. Any net performance information contained herein may be unaudited and estimated and final results may vary materially. Past performance is not necessarily indicative of future results. This communication (including any attachments) is intended only for the named recipient(s) above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this communication in error, please immediately notify the sender and delete the message and any attachment(s) from your system.

This communication (including any attachments) is intended only for the named recipient(s) above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this communication in error, please immediately notify the sender and delete the message and any attachment(s) from your system.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

This e-mail and the information contained herein shall not constitute an offer to sell or the solicitation of an offer to purchase an interest in a fund. Any such offer or solicitation will be made to qualified investors only by means of an offering memorandum and related subscription agreement. No sale of fund interests will be made in any jurisdiction in which the offer, solicitation or sale is not authorized or to any person to whom it is unlawful to make the offer, solicitation or sale. Any net performance information contained herein may be unaudited and estimated and final results may vary materially. Past performance is not necessarily indicative of future results. This communication (including any attachments) is intended only for the named recipient(s) above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this communication in error, please immediately notify the sender and delete the message and any attachment(s) from your system.

This communication (including any attachments) is intended only for the named recipient(s) above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this communication in error, please immediately notify the sender and delete the message and any attachment(s) from your system.

This e-mail and the information contained herein shall not constitute an offer to sell or the solicitation of an offer to purchase an interest in a fund. Any such offer or solicitation will be made to qualified investors only by means of an offering memorandum and related subscription agreement. No sale of fund interests will be made in any jurisdiction in which the offer, solicitation or sale is not authorized or to any person to whom it is unlawful to make the offer, solicitation or sale. Any net performance information contained herein may be unaudited and estimated and final results may vary materially. Past performance is not necessarily indicative of future results. This communication (including any attachments) is intended only for the named recipient(s) above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this communication in error, please immediately notify the sender and delete the message and any attachment(s) from your system.

This communication (including any attachments) is intended only for the named recipient(s) above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this communication in error, please immediately notify the sender and delete the message and any attachment(s) from your system.