# Ring Exhibit 11

