# Ring Exhibit 12

**From:** Michael Ring <mring@contrariancapital.com>
**Sent:** Wednesday, August 20, 2025 2:31 PM
**To:** 'justin.m.moffatt@uscg.mil'
**Subject:** RE: Pennantia

Hi Lt Moffatt - I was just told that the 245 was moved to the requested pier within port city partners.

---

**From:** Michael Ring
**Sent:** Wednesday, August 20, 2025 11:18 AM
**To:** 'justin.m.moffatt@uscg.mil' <justin.m.moffatt@uscg.mil>
**Subject:** Pennantia

Hi Lt Moffatt – Per our conversation, please find attached a Court Order that confirm RCM's (Operator) termination letter to Pennantia (Owner) was withheld by the Courts. Pennantia asked the Court to stop RCM from terminating their agreement, but the Courts disagreed with Pennantia and permitted RCM's termination request to remain effective.

With that said, RCM has agreed to stay on to manage the boats through at least August and keep them on the DOI, so can we request that the CoI include both RCM and Pennantia? Is that permissible?

Thanks,
Mike