| | | |
|---|---|---|
| The GrayBar Building<br>420 Lexington Ave., Suite 300<br>New York, NY 10170<br>(212) 490-6050 – Phone<br>(212) 490-6070 - Fax |  | 1599 Post Road East<br>Westport, CT 06880<br>(203) 256-8600 – Phone<br>(203) 255-5700 - Phone<br>(203) 256-8615 – Fax<br>(203) 255-5702 - Fax |

August 22, 2025

*Via ECF*
Honorable Sidney H. Stein
United Stated District Court Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

    **Re:**   *Pennantia, LLC v. Rose Cay Maritime, LLC and Dove Cay, LLC*
           U.S. District Court – Southern District of New York
           Case No.     25-cv-5904 SHS
           LMP Ref.:    6816

Dear Judge Stein,

      We represent Defendant, Dove Cay, LLC ("DC") and submit this letter to address and correct the misrepresentations set forth in Pennantia counsel's letter (ECF No. 49) filed earlier today in response to our letter motion filed yesterday (ECF No. 48).

1) While the parties indeed have continued to mediate and remain hopeful of achieving a settlement, this will not occur, at the earliest, until perhaps over this coming weekend since "Josh Trump's Sabbath observance having kicked in, we will not be able to conclude a settlement today."  Email from Michael Frevola  dated 8/22/2025 at 2:46 p.m.

2) While the settlement *may* resolve this matter, the reality is that DC *must* continue to provide services for Pennantia's fleet with no funding having been received for nearly a month.  This is not a "merits issue" but rather a pragmatic reality of Pennantia's flagrant disregard of its financial and maritime obligations.

3) Pennantia's reliance on the Crescenzo Declaration [1] is sorely misplaced.  First, Pennantia has not addressed at all DC's letter (ECF No. 46) filed with the Court raising its concerns about the circumstances under which Pennantia counsel obtained this

---

[1] It should also be observed that Mr. Crescenzo admits in his Declaration that DC is owed at least $5.5M (ECF No. 42 at ¶¶26, 28) and that when using the Foss Letter of Agreement, that DC is owed approximately $16M (Id. at ¶49).

Declaration. To date, Pennantia's counsel has failed, as promised, to call DC's counsel to discuss the same. Notwithstanding Mr. Crescenzo's declaration – which DC disputes - DC stands by its position as detailed in its prior letter (ECF No. 49) that the funds received from Pennantia after the July 30 conference resulted in an approximate $21,000 balance owed for July and that nothing has been received since then, despite repeated requests, for funding in August.

4) Pennantia asserts that DC has offered "unsupported arguments" about Pennantia's patent failure to engage a replacement manager but has continued to take advantage of DC's continued services to the Pennantia fleet without providing any funding. But instead of coming forth with evidence of its replacement manager or its funding it pivots to the insipid contention that DC is obstructing efforts to turn over vessels. There is zero evidence of this contention because it is simply false.

5) Indeed, DC is removing its crew and demobilizing Pennantia's fleet due to Pennantia's refusal to pay for services. While Pennantia implies that such actions violate U.S. Coast Guard regulations, but this too is manifestly false as DC counsel has advised Pennantia counsel in connection with a request to withdraw its letter (ECF No. 49).

6) According to RCM's John Parrott there are no minimum manning requirements for the barges in Pennantia's fleet. See, e.g., the attached Certificate of Inspection ("COI") for the RCM 225 which provides as follows:

> This vessel must be manned with the following licensed and unlicensed Personnel. Included in which there must be 0 Certified Lifeboatmen, 0 Certified Tankermen, 0 HSC Type Rating, and 0 GMDSS Operators.

Moreover, RCM / DC were, and are, in regular communication with the U.S. Coast Gurd regarding manning and have not violated any U.S. Coast Guard regulations with regard to the same. The last conversation with U.S. Coast Guard was yesterday afternoon regarding the Pennantia fleet. No violations or citations have been issued by the U.S. Coast Guard.

Following is a summary of Mr. Parrott's dealings with U.S. Coast Guard regarding the Pennantia fleet from August 13 – August 17, 2025:

| Date | Summary |
|---|---|
| 8/13/2025 | *0811* - Spoke to Coast Guard Headquarters Towing Vessel staff and advised to contact Sector NY // *1012* - Spoke with CDR Jack Walsh at Sector NY and fully briefed him on our intent to de-crew the vessels with the exception of the barges with residuals on board // *1059/1353/1631* - More conversations with Sector NY providing requested details on the status of the vessels (e.g., type of cargo residual on board, location of each vessel, etc.) |
| 8/14/2025 | *0911* - Sector NY  // *1351* - Sector NY |
| 8/15/2025 | *1030* - CG Headquarters Towing Vessel staff called. Fully briefed them. They advised to keep working with Sector NY // *1044/1226/1246* |

|           |                                                                                                                                                                                                                                      |
|-----------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|           | - Sector NY                                                                                                                                                                                                                          |
| 8/16/2025 | *1310* - Contacted by Aaron who was on board RCM 245 and had spoken with the CG about our intentions to de-crew. He patched in LT Porrata from CG Marine Safety Unit Port Arthur who I fully briefed.                                |
| 8/17/2025 | *1424* - Spoke with LT Porrata who informed me that she had contacted the owner who told her that he could not reach the "operator."                                                                                                  |

The requirement to crew a vessel to a level required by the vessel's Certificate of Inspection (COI) depends on whether the vessel is being "navigated" or not. This requirement is found in U.S. Coast Guard regulation set forth in 46 CFR 15.515(a) states as follows:

1. Except as provided by § 15.725 (*this is related to sailing short which is not applicable in this case)*, no vessel may be navigated unless it has in its service and onboard the crew complement required by the COI.

The term "navigate" or "navigated" is not defined in the U.S. Coast Guard regulations. In its common usage the word "navigate" always implies movement. To wit, *Merriam Webster* provides the following meanings: 1. To travel by water. 2. to steer a course through a medium

*U.S. Coast Guard Navigation Standards Manual (COMDTINST M3530.2F) paragraph 2.E.4*

<u>Process of Navigation.</u>  It begins with a thorough knowledge of plotting and labeling tracklines, using dead reckoning, turn bearings and ranges, plotting visual and electronic fixes, understanding danger bearings and ranges, and how to use and correct both paper and electronic charts*. (Note that all of these activities require vessel movement)*

*Convention on the International Regulations for Preventing Collisions at Sea (72 COLREGS) and the U.S. Inland Navigation Rules*

Some form of the word "navigate" is used 15 times in these two documents and always in the context of vessel movement.

7) Pennantia's counsel continues a disturbing penchant to misrepresent what DC and/or RCM counsel has stated to this Court. In particular, he now represents that "counsel [for] DC told the Court that DC needed $1.6 million to address debts to current third-party vendors during the upcoming August 2025 time period, first stating that amount would be needed to bridge the time period until the 30-day post termination window expired in late August 2025, then later reducing that time period to August 1, 2025." *See* ECF No. 49 at p. 3. Curiously, Pennantia counsel failed to cite to the transcript (ECF 49-1) he submitted with his letter. Perhaps this is because the transcript fails to substantiate whatsoever his incorrect assertions.

8) Pennantia counsel next conflates the fact that RCM and DC counsel confirmed to the Court that their respective clients would perform services for at least 30 days with the commensurate obligation that Pennantia must pay for those services. Under no circumstances did RCM or DC counsel ever represent to the Court that their clients' services would be provided to Pennantia for free in August or anytime thereafter. Clearly, these services have continued but Pennantia's funding has been withheld. That services have been continued is reflected by the fact that notwithstanding Pennantia's speculation, the U.S. Coast Guard has not taken any action against Pennantia (or RCM or DC for that matter). This is solely because RCM and DC are doing what is required under U.S. Coast Guard regulations as they advised the Court would be the case.

Based on the foregoing, and for all of the reasons previously stated, DC reiterates its request that the Court direct Pennantia to immediately remit funding required for DC to continue to perform its services in the sums set forth in its letter dated August 21, 2022 (ECF No. 48).

We appreciate your Honor's time and attention to the foregoing and are available to discuss the same at the convenience of the Court.

Respectfully submitted,

Kevin J. Lennon

KJL/bhs
Encl.



United States of America
Department of Homeland Security
United States Coast Guard

| Certification Date: | 13 Aug 2024 |
| Expiration Date: | 13 Aug 2029 |

# Certificate of Inspection

For ships on international voyages this certificate fulfills the requirements of SOLAS 74 as amended, regulation V/14, for a SAFE MANNING DOCUMENT.

| Vessel Name | Official Number | IMO Number | Call Sign | Service |
|---|---|---|---|---|
| RCM 225 | 1139764 | | WDM9210 | Tank Barge |

| Hailing Port | Hull Material | Horsepower | Propulsion |
|---|---|---|---|
| NEW YORK, NY<br>UNITED STATES | Steel | | |

| Place Built | Delivery Date | Keel Laid Date | Gross Tons | Net Tons | DWT | Length |
|---|---|---|---|---|---|---|
| GRETNA, LA<br>UNITED STATES | 30May2003 | 01Feb2002 | R-8664<br>I-8799 | R-8664<br>I-5511 | 15998 | R-411.5<br>I-411.5 |

| Owner | Operator |
|---|---|
| RCM 225 LLC<br>411 W. PUTNAM AVENUE<br>STE. 425<br>GREENWICH, CT 06830<br>UNITED STATES | ROSE CAY MARITIME<br>1321 UPLAND DRIVE<br>STE. 20183<br>HOUSTON, TX 77043<br>UNITED STATES |

This vessel must be manned with the following licensed and unlicensed Personnel. Included in which there must be 0 Certified Lifeboatmen, 0 Certified Tankermen, 0 HSC Type Rating, and 0 GMDSS Operators.

| 0 Masters | 0 Licensed Mates | 0 Chief Engineers | 0 Oilers |
|---|---|---|---|
| 0 Chief Mates | 0 First Class Pilots | 0 First Assistant Engineers | |
| 0 Second Mates | 0 Radio Officers | 0 Second Assistant Engineers | |
| 0 Third Mates | 0 Able Seamen | 0 Third Assistant Engineers | |
| 0 Master First Class Pilot | 0 Ordinary Seamen | 0 Licensed Engineers | |
| 0 Mate First Class Pilots | 0 Deckhands | 0 Qualified Member Engineer | |

In addition, this vessel may carry 0 Passengers, 0 Other Persons in crew, 0 Persons in addition to crew, and no Others. Total Persons allowed: 0

Route Permitted And Conditions Of Operation:

---Oceans---

**UNMANNED**

NOT ON AN INTERNATIONAL ROUTE

---COASTWISE---

**PERMISSIVELY MANNED**

PERMISSIVE MANNING AUTHORIZED ON COASTWISE ROUTES, PROVIDED RESTRICTIONS ON CURRENT INTERNATIONAL LOAD LINE

***SEE NEXT PAGE FOR ADDITIONAL CERTIFICATE INFORMATION***

With this Inspection for Certification having been completed at Philadelphia, PA, UNITED STATES, the Officer in Charge, Marine Inspection, SECTOR DELAWARE BAY certified the vessel, in all respects, is in conformity with the applicable vessel inspection laws and the rules and regulations prescribed thereunder.

| Annual/Periodic/Re-Inspection | | | | This certificate issued by: F. A. STROM CDR, USCG, By Direction |
|---|---|---|---|---|
| Date | Zone | A/P/R | Signature | |
| 14July2025 | SEC NY | A | RSTR | Officer in Charge, Marine Inspection<br>SECTOR DELAWARE BAY<br>Inspection Zone |

Dept. of Home Sec., USCG, CG-841 (Rev 4-2000)(v2)

OMB No. 2115-0517



United States of America
Department of Homeland Security
United States Coast Guard

Certification Date: 13 Aug 2024
Expiration Date: 13 Aug 2029

# Certificate of Inspection

Vessel Name: RCM 225

IN ACCORDANCE WITH REGULATION 4.4 OF ANNEX II AND REGULATION 5 OF ANNEX I TO MARPOL 73/78, NO CARGO TANK CONTAINING NLS CARGO OR CARGO RESIDUE MAY BE WASHED OR BALLASTED UNLESS THE WASH OR BALLAST WATER IS DISCHARGED TO A LICENSED FACILITY. IN ADDITION, ALL OTHER CARGO RESIDUES AND OILY WASTES MUST BE RETAINED ON BOARD FOR DISCHARGE TO RECEPTION FACILITIES.

--- Inspection Status ---

*Cargo Tanks*

| Tank Id | Internal Exam Previous | Last | Next | External Exam Previous | Last | Next |
|---|---|---|---|---|---|---|
| NO 1-8 P & S | 11Jun2013 | 14Dec2023 | 31Dec2033 | - | - | - |

| Tank Id | Safety Valves | Hydro Test Previous | Last | Next |
|---|---|---|---|---|
| NO 1-8 P & S | - | - | - | - |

*Pressure Vessels*

| Type | Location | Previous | Last | Next |
|---|---|---|---|---|
| Air Receiver | Port Machinery Space | 07Jun2018 | 24Mar2022 | 24Mar2027 |

---Lifesaving Equipment---

Total Equipment for 4 Persons

| Primary Lifesaving Equipment | Quantity | Capacity | | Required |
|---|---|---|---|---|
| Lifeboats (Total) | 0 | 0 | Life Preservers (Adult) | 4 |
| Lifeboats (Port) | 0 | 0 | Life Preservers (Child) | 0 |
| Lifeboats (Starboard) | 0 | 0 | Ring Buoys (Total) | 2 |
| Motor Lifeboats | 0 | 0 | With Lights | 1 |
| Lifeboats With Radio | 0 | 0 | With Line Attached | 2 |
| Rescue Boats/Platforms | 0 | 0 | Other | 0 |
| Inflatable Rafts | 2 | 12 | Immersion Suits | 4 |
| Life Floats/Buoyant App | 0 | 0 | Portable Lifeboat Radios | 0 |
| Inflatable Buoyant Apparatus (IBA) | 0 | 0 | Equipped With EPIRB? | YES |

--- Fire Fighting Equipment ---

Number of Fireman Outfits - 1

*Fire Extinguishers - Hand portable and semi-portable*

| Quantity | Class Type |
|---|---|
| 1 | 160-B |
| 3 | 2-A |
| 7 | 40-B |
| 2 | 40-B:C |

---Certificate Amendments---

| Amending Unit | Amendment Date | Amendment Remark |
|---|---|---|
| Sector New York | 03Apr2025 | COMPLETED INTERNAL STRUCTURAL EXAM. |

***END***



United States of America
Department of Homeland Security
United States Coast Guard

# Certificate of Inspection

Certification Date: 13 Aug 2024
Expiration Date: 13 Aug 2029

Vessel Name: RCM 225

IN ACCORDANCE WITH REGULATION 4.4 OF ANNEX II AND REGULATION 5 OF ANNEX I TO MARPOL 73/78, NO CARGO TANK CONTAINING NLS CARGO OR CARGO RESIDUE MAY BE WASHED OR BALLASTED UNLESS THE WASH OR BALLAST WATER IS DISCHARGED TO A LICENSED FACILITY. IN ADDITION, ALL OTHER CARGO RESIDUES AND OILY WASTES MUST BE RETAINED ON BOARD FOR DISCHARGE TO RECEPTION FACILITIES.

## --- Inspection Status ---

### *Cargo Tanks*

| Tank Id | Internal Exam Previous | Last | Next | External Exam Previous | Last | Next |
|---|---|---|---|---|---|---|
| NO 1-8 P & S | 11Jun2013 | 14Dec2023 | 31Dec2033 | - | - | - |

| Tank Id | Safety Valves | Hydro Test Previous | Last | Next |
|---|---|---|---|---|
| NO 1-8 P & S | - | - | - | - |

### *Pressure Vessels*

| Type | Location | Previous | Last | Next |
|---|---|---|---|---|
| Air Receiver | Port Machinery Space | 07Jun2018 | 24Mar2022 | 24Mar2027 |

## ---Lifesaving Equipment---

Total Equipment for 4 Persons

| Primary Lifesaving Equipment | Quantity | Capacity | | Required |
|---|---|---|---|---|
| Lifeboats (Total) | 0 | 0 | Life Preservers (Adult) | 4 |
| Lifeboats (Port) | 0 | 0 | Life Preservers (Child) | 0 |
| Lifeboats (Starboard) | 0 | 0 | Ring Buoys (Total) | 2 |
| Motor Lifeboats | 0 | 0 | With Lights | 1 |
| Lifeboats With Radio | 0 | 0 | With Line Attached | 2 |
| Rescue Boats/Platforms | 0 | 0 | Other | 0 |
| Inflatable Rafts | 2 | 12 | Immersion Suits | 4 |
| Life Floats/Buoyant App | 0 | 0 | Portable Lifeboat Radios | 0 |
| Inflatable Buoyant Apparatus (IBA) | 0 | 0 | Equipped With EPIRB? | YES |

## --- Fire Fighting Equipment ---

Number of Fireman Outfits - 1

### *Fire Extinguishers - Hand portable and semi-portable*

| Quantity | Class Type |
|---|---|
| 1 | 160-B |
| 3 | 2-A |
| 7 | 40-B |
| 2 | 40-B:C |

***END***



United States of America
Department of Homeland Security
United States Coast Guard

| Certification Date: | 13 Aug 2024 |
|---|---|
| Expiration Date: | 13 Aug 2029 |

# Certificate of Inspection

Vessel Name: RCM 225

CERTIFICATE ARE MET.

THIS BARGE MAY CARRY FOUR (04) PERSONS AS MAINTENANCE PERSONNEL WITH NO DUTIES RELATED TO THE NAVIGATION OF THE BARGE. AT LEAST SEVENTY-FIVE PERCENT (75%) OF CREWMEMBERS MUST BE U.S. CITIZENS. WHEN MANNED AT LEAST TWO (02) CREWMEMBERS ARE REQUIRED. ALL CREWMEMBERS SHALL BE IN POSSESSION OF MERCHANT MARINER DOCUMENTS; INCLUDED IN WHICH THERE MUST BE ONE (01) CERTIFIED LIFEBOATMAN AND, IF THE BARGE IS NOT GAS-FREE, ONE (01) TANKERMAN.

## ---Hull Exams---

| Exam Type | Next Exam | Last Exam | Prior Exam |
|---|---|---|---|
| DryDock | 31Dec2028 | 14Dec2023 | 13Jul2018 |
| Internal Structure | 31Mar2027 | 03Apr2025 | 02Mar2022 |

## --- Liquid/Gas/Solid Cargo Authority/Conditions ---

Authorization:   GRADE A (MAX. 25 PSIA REID) AND LOWER FLAMMABLE OR COMBUSTIBLE LIQUIDS

| Total Capacity | Units | Highest Grade Type | Part151 Regulated | Part153 Regulated | Part154 Regulated |
|---|---|---|---|---|---|
| 119683 | Barrels | A | No | No | No |

### *Hazardous Bulk Solids Authority*

Not Authorized

### *Loading Constraints - Structural*

| Tank Location Description | Max Cargo Weight per Tank (short tons) | Maximum Density (lbs/gal) |
|---|---|---|
| NO 1-8 P & S | | 13.5 |

### *Conditions Of Carriage*

**CARGO AUTHORITY**

GRADE A (MAX. 25 PSIA REID) AND LOWER FLAMMABLE OR COMBUSTIBLE LIQUIDS LISTED IN 46 CFR TABLE 30.25-1 AS POLLUTION CATEGORY I, CARGOES IDENTIFIED AS OTHER SUBSTANCES (OS) BY THE IBC CODE, AND THOSE NOXIOUS LIQUID SUBSTANCES (NLS) SPECIFIED ON THE CARGO AUTHORITY ATTACHMENT (CAA) SERIAL NUMBER C2-0900021, DATED 06JAN09. CARGOES SHALL NOT EXCEED THE MAXIMUM DENSITY FOR THE SPECIFIED CARGO TANKS.

**VAPOR CONTROL AUTHORITY**

IN ACCORDANCE WITH TITLE 46 CFR PART 39, EXCLUDING SUBPART 39.40, THIS BARGE'S VAPOR COLLECTION SYSTEM (VCS) HAS BEEN INSPECTED TO THE PLANS APPROVED BY ABS LETTERS DATED 30OCT02 AND 23MAY03 AND FOUND ACCEPTABLE FOR THE COLLECTION OF THOSE SPECIFIC CARGO VAPORS LISTED ON THE CARGO AUTHORITY ATTACHMENT SERIAL # C2-0900021, DATED 06JAN09, AT A MAXIMUM CARGO TRANSFER RATE OF 17100 BBL/HR.

**BENZENE REQUIREMENT**

TO CONDUCT CARGO OPERATIONS INVOLVING BENZENE OR BENZENE CONTAINING LIQUIDS (0.5% BENZENE OR MORE BY VOLUME) IN BULK THIS VESSEL MUST MEET THE REQUIREMENTS OF 46 CFR 197 SUBPART C.

THIS VESSEL IS NOT AUTHORIZED FOR THE CARRIAGE OF BENZENE MIXTURES HAVING 10% BENZENE OR MORE.

**OTHER CARGO RELATED REQUIREMENTS**

LOADING AND CONDITIONS OF CARRIAGE SHALL BE IN ACCORDANCE WITH THE VESSEL'S AMERICAN BUREAU OF SHIPPING APPROVED LOADING MANUAL. A COPY OF THE MANUAL SHALL BE KEPT ONBOARD THE BARGE AND AVAILABLE TO THE TANKERMAN/PIC AT ALL TIMES.

United States of America
Department of Homeland Security
United States Coast Guard

## Certificate of Inspection

| | |
|---|---|
| Certification Date: | 13 Aug 2024 |
| Expiration Date: | 13 Aug 2029 |

Vessel Name: RCM 225

CERTIFICATE ARE MET.

THIS BARGE MAY CARRY FOUR (04) PERSONS AS MAINTENANCE PERSONNEL WITH NO DUTIES RELATED TO THE NAVIGATION OF THE BARGE. AT LEAST SEVENTY-FIVE PERCENT (75%) OF CREWMEMBERS MUST BE U.S. CITIZENS. WHEN MANNED AT LEAST TWO (02) CREWMEMBERS ARE REQUIRED. ALL CREWMEMBERS SHALL BE IN POSSESSION OF MERCHANT MARINER DOCUMENTS; INCLUDED IN WHICH THERE MUST BE ONE (01) CERTIFIED LIFEBOATMAN AND, IF THE BARGE IS NOT GAS-FREE, ONE (01) TANKERMAN.

### ---Hull Exams---

| Exam Type | Next Exam | Last Exam | Prior Exam |
|---|---|---|---|
| DryDock | 31Dec2028 | 14Dec2023 | 13Jul2018 |
| Internal Structure | 31Mar2025 | 02Mar2022 | 31Jul2021 |

### --- Liquid/Gas/Solid Cargo Authority/Conditions ---

Authorization: GRADE A (MAX. 25 PSIA REID) AND LOWER FLAMMABLE OR COMBUSTIBLE LIQUIDS

| Total Capacity | Units | Highest Grade Type | Part151 Regulated | Part153 Regulated | Part154 Regulated |
|---|---|---|---|---|---|
| 119683 | Barrels | A | No | No | No |

**Hazardous Bulk Solids Authority*

Not Authorized

**Loading Constraints - Structural*

| Tank Location Description | Max Cargo Weight per Tank (short tons) | Maximum Density (lbs/gal) |
|---|---|---|
| NO 1-8 P & S | | 13.5 |

**Conditions Of Carriage*

**CARGO AUTHORITY**

GRADE A (MAX. 25 PSIA REID) AND LOWER FLAMMABLE OR COMBUSTIBLE LIQUIDS LISTED IN 46 CFR TABLE 30.25-1 AS POLLUTION CATEGORY I, CARGOES IDENTIFIED AS OTHER SUBSTANCES (OS) BY THE IBC CODE, AND THOSE NOXIOUS LIQUID SUBSTANCES (NLS) SPECIFIED ON THE CARGO AUTHORITY ATTACHMENT (CAA) SERIAL NUMBER C2-0900021, DATED 06JAN09. CARGOES SHALL NOT EXCEED THE MAXIMUM DENSITY FOR THE SPECIFIED CARGO TANKS.

**VAPOR CONTROL AUTHORITY**

IN ACCORDANCE WITH TITLE 46 CFR PART 39, EXCLUDING SUBPART 39.40, THIS BARGE'S VAPOR COLLECTION SYSTEM (VCS) HAS BEEN INSPECTED TO THE PLANS APPROVED BY ABS LETTERS DATED 30OCT02 AND 23MAY03 AND FOUND ACCEPTABLE FOR THE COLLECTION OF THOSE SPECIFIC CARGO VAPORS LISTED ON THE CARGO AUTHORITY ATTACHMENT SERIAL # C2-0900021, DATED 06JAN09, AT A MAXIMUM CARGO TRANSFER RATE OF 17100 BBL/HR.

**BENZENE REQUIREMENT**

TO CONDUCT CARGO OPERATIONS INVOLVING BENZENE OR BENZENE CONTAINING LIQUIDS (0.5% BENZENE OR MORE BY VOLUME) IN BULK THIS VESSEL MUST MEET THE REQUIREMENTS OF 46 CFR 197 SUBPART C.

THIS VESSEL IS NOT AUTHORIZED FOR THE CARRIAGE OF BENZENE MIXTURES HAVING 10% BENZENE OR MORE.

**OTHER CARGO RELATED REQUIREMENTS**

LOADING AND CONDITIONS OF CARRIAGE SHALL BE IN ACCORDANCE WITH THE VESSEL'S AMERICAN BUREAU OF SHIPPING APPROVED LOADING MANUAL. A COPY OF THE MANUAL SHALL BE KEPT ONBOARD THE BARGE AND AVAILABLE TO THE TANKERMAN/PIC AT ALL TIMES.



Department of Homeland Security  
**United States Coast Guard**

Serial #: C2-0900021  
Dated: 06-Jan-09

# Certificate of Inspection
## *Cargo Authority Attachment*

**RCM 225**  
Vessel Name: ~~B. No. 225~~  
Official #: 1139764

Page 3 of 3

Shipyard: Bollinger  
Hull #: 432

### Explanation of terms & symbols used in the Table:

**Cargo Identification**

| | | |
|---|---|---|
| Name | | The proper shipping name as listed in 46 CFR Table 30.25-1, 46 CFR Table 151.05, and 46 CFR Part 153 Table 2. |
| Chem Code | | The three letter designation assigned to the cargo in the Chemical Hazards Response Information System (CHRIS) Manual. Certain mixtures of cargoes may not have a CHRIS Code assigned. |
| Compatability Group No. | | The cargo reactive group number assigned for compatibility determinations in 46 CFR Part 150 Tables I and II. In accordance with 46 CFR 150.130, the Person-in-Charge of the barge is responsible for ensuring that the compatibility requirements of 46 CFR Part 150 are met. Cargoes must be checked for compatibility using the figures, tables, and appendices of 46 CFR 150 in conjunction with the assigned reactive group number. |
| | Note 1 | Because of the very high reactivity or unusual conditions of carriage or potential compatibility problems, this product is not assigned to a specific group in the Compatibility Chart. For additional compatibility information, contact Commandant (G-MSO-3), U.S. Coast Guard, 2100 Second Street, SW, Washington, DC 20593-0001. Telephone (202) 267-1217. |
| | Note 2 | See Appendix I to 46 CFR Part 150 - exceptions to the compatability chart. |
| Subchapter | | The subchapter in Title 46 Code of Federal Regulations under which the cargo has been classified. |
| | Subchapter D | Those flammable and combustible liquids listed in 46 CFR Table 30.25-1. |
| | Subchapter O | Those hazardous cargoes listed in 46 CFR Table 151.05 and 46 CFR Part 153 Table 2. |
| | Note 3 | Those cargoes listed in 46 CFR Part 153 Table 2 are non-regulated cargoes when carried in bulk on non-oceangoing barges. |
| Grade | | The cargo classification assigned to each flammable or combustible liquid. Grades inside of "{ }" indicate a provisional assignment based upon literature sources which were not verified by manufacturers data. The Person-in-Charge shall verify the cargo grade based on Manufacturers data and ensure that the barge is authorized for carriage of that grade of cargo. |
| | A, B, C | Flammable liquid cargoes, as defined in 46 CFR 30-10.22. |
| | D, E | Combustible liquid cargoes, as defined in 46 CFR 30-10.15. |
| | Note 4 | The flammability/combustibility grade of these cargoes may vary depending upon the flashpoint and Reid vapor pressure. The Person-in-Charge shall verify the cargo grade based on Manufacturers data and ensure that the barge is authorized for carriage of that grade of cargo. |
| | NA | Those subchapter O cargoes which are not classified as a flammable or combustible liquid. |
| | # | No flammability/combustibility grade has been assigned yet, as the necessary flash point/vapor pressure data for such assignments are presently not available. |
| Hull Type | | The required barge hull classification for carriage of the specified Subchapter O hazardous material cargo, see 46 CFR 151.10-1. |
| | I | Designed to carry products which require the maximum preventive measures to preclude the uncontrolled release of the cargo. See 46 CFR 151.10-1(b)(1). |
| | II | Designed to carry products which require significant preventive measures to preclude the uncontrolled release of cargo. See 46 CFR 151.10-1(b)(3). |
| | III | Designed to carry products of sufficeint hazard to require a moderate degree of control. See 46 CFR 151.10-1(b)(4). |
| | NA | Not applicable to barges certificated under Subchapter D. |

**Conditions of Carriage**

| | | |
|---|---|---|
| Tank Group | | The vessel's tank group (as defined under the "46 CFR Tank Group Characteristics" listed on page 1) which is authorized for carriage of the named cargo. |
| Vapor Recovery Approved (Y or N) | | Yes: The vessel's VCS has been reviewed and approved by the MSC to control vapors of the specified cargo. |
| | | No: The vessel's VCS has been reviewed and is not approved by the MSC to control vapors of the specified cargo. |
| VCS Category: | | The specified cargo's provisional classification for vapor control systems. |
| | Category 1 | (No additional VCS requirements above those for benzene, gasolines and crude oil) All requirements applying to the handling of oil and hazardous materials in Titles 33 and 46 Code of Federal Regulations (CFR) apply to these cargoes. Those specifically dealing with vapor control systems are in 33 CFR 155.750, 33 CFR 156.120, 33 CFR 156.170, 46 CFR 35.35 and 46 CFR 39. The cargo tank venting system calculations (46 CFR 39.20-11) and the pressure drop calculations (46 CFR 39.30-1(b)) must use appropriate friction factors, vapor densities and vapor growth rates. |
| | Category 2 | (Polymerizes) Polymerization and residue build-up of these cargoes can adversely affect the vessel by fouling safety componenets and restricting vapor flow which could lead to cargo tank overpressurization. The vessel's owner must develop a method of ensuring all VCS safety components are functional and polymer build-up is not causing an unsafe condition due to increased pressure in the vapor control piping and cargo tanks. The method shall be acceptable to the local Officer in Charge, Marine Inspection. This is in addition to the requirements of Category 1. Please note that a material not normally considered a monomer can be a problem in detonation arrester. |
| | Category 3 | (Highly toxic) VCSs for these toxic cargoes cannot use a spill valve or rupture disk as the primary means to meet the overfill protection requirement of 46 CFR 39.20-9. This requirement is in addition to the requirements of Category 1. |
| | Category 4 | (Polymerizes and highly toxic) Must comply with requirements of Categories 1, 2 and 3. |
| | Category 5 | (High vapor pressure) VCS pressure drop calculations for cargoes with a vapor pressure greater than 14.7 psia at 115 F must take into account increased vapor-air mixture densities and vapor growth rates as compared to Category 1 cargoes. Consult the Marine Safety Center's VCS Guidelines for further information. This requirement is in addition to the requirements of Category 1. |
| | Category 6 | (High vapor pressure and highly toxic) Must comply with requirements of Categories 1, 3 and 5. |
| | Category 7 | (High vapor pressure and polymerizes) Must comply with requirements of Categories 1, 2 and 5. |
| | none | The cargo has not been evaluated/classified for use in vapor control systems. |

*\*\*\* This document is only valid when attached to, and referenced by a current, valid Certificate of Inspection. \*\*\**



Department of Homeland Security
**United States Coast Guard**

Serial #: C2-0900021
Dated: 06-Jan-09

# Certificate of Inspection
## Cargo Authority Attachment

Vessel Name: ~~B. No. 225~~  RCM 225
Official #: 1139764
Shipyard: Bollinger
Hull #: 432

### Tank Group Characteristics

| Tnk Grp | Tanks in Group | Density | Flammability Grade | Fire Protection | Comments |
|---|---|---|---|---|---|
| A | All Cargo Tanks | 8.74 | A | Portable | None |

### Authorized NLS Cargoes

| Cargo Identification | | | | | Conditions of Carriage | | |
|---|---|---|---|---|---|---|---|
| Name | Chem Code | Compat Group No | IMO Pollution Category | Grade | Tank Group | Vapor Recovery App'd (Y or N) | VCS Category |
| Acetone | ACT | 18 [2] | Z | C | A | Yes | 1 |
| Alcoholic beverages, n.o.s | ABV | 20 | Z | # | A | No | N/A |
| Butyl alcohol (n-) | BAN | | Z | D | A | Yes | 1 |
| Butyl alcohol (sec-) | BAS | | Z | C | A | Yes | 1 |
| Ethyl alcohol | EAL | 20 [2] | Z | C | A | Yes | 1 |
| Ethylene carbonate | ECR | 34 | Z | E | A | No | N/A |
| Hexamethylenetetramine solutions | HTS | 7 | Z | E | A | No | N/A |
| Hexylene glycol | HXG | 20 | Z | E | A | Yes | 1 |
| Magnesium hydroxide slurry | MHS | 5 | Z | NA | A | No | N/A |
| Methyl propyl ketone | MKE | 18 | Z | C | A | No | N/A |
| N-Methylglucamine solution (70% or less) | MGC | 43 | Z | E | A | No | N/A |
| Polyaluminum chloride solution | PLS | 1 | Z | NA | A | No | N/A |
| iso-Propyl alcohol | IPA | 20 [2] | Z | C | A | Yes | 1 |
| Propylene glycol | PPG | 20 [2] | Z | E | A | Yes | 1 |
| Propylene carbonate | PLC | 34 | Z | E | A | No | N/A |
| Sodium acetate solution | SAN | 34 | Z | # | A | No | N/A |
| Sodium sulfate solution | SST | | Z | NA | A | No | N/A |

This vessel is approved to collect vapors of the following 46 CFR Subchapter D flammable and/or combustible liquid cargoes using the approved onboard vapor control system.

### Subchapter D Cargoes Authorized for Vapor Control

| Cargo Identification | | | | | Conditions of Carriage | | |
|---|---|---|---|---|---|---|---|
| Name | Chem Code | Compat Group No | IMO Pollution Category | Grade | Tank Group | Vapor Recovery App'd (Y or N) | VCS Category |
| Distillates: Flashed feed stocks | DFF | 33 | I | E | A | Yes | 1 |
| Distillates: Straight run | DSR | 33 | I | E | A | Yes | 1 |
| Gasoline blending stocks: Alkylates | GAK | 33 | I | A/C | A | Yes | 1 |
| Gasoline blending stocks: Reformates | GRF | 33 | I | A/C | A | Yes | 1 |
| Gasolines: Automotive (containing not over 4.23 grams lead per gallon) | GAT | 33 | I | C | A | Yes | 1 |
| Gasolines: Aviation (containing not over 4.86 grams of lead per gallon) | GAV | 33 | I | C | A | Yes | 1 |
| Gasolines: Casinghead (natural) | GCS | 33 | I | A/C | A | Yes | 1 |
| Gasolines: Polymer | GPL | 33 | I | A/C | A | Yes | 1 |
| Gasolines: Straight run | GSR | 33 | I | A/C | A | Yes | 1 |
| Jet fuel: JP-4 | JPF | 33 | I | E | A | Yes | 1 |
| Jet fuel: JP-5 (kerosene, heavy) | JPV | 33 | I | D | A | Yes | 1 |
| Kerosene | KRS | 33 | I | D | A | Yes | 1 |
| Mineral spirits | MNS | 33 | I | D | A | Yes | 1 |
| Naphtha: Heavy | NAG | 33 | @I | # | A | Yes | 1 |
| Naphtha: Petroleum | PTN | 33 | I | # | A | Yes | 1 |
| Naphtha: Solvent | NSV | 33 | @I | D | A | Yes | 1 |
| Naphtha: Stoddard solvent | NSS | 33 | @I | D | A | Yes | 1 |

*** This document is only valid when attached to, and referenced by a current, valid Certificate of Inspection. ***



Department of Homeland Security
**United States Coast Guard**

Serial #:  C2-0900021
Dated::  06-Jan-09

# Certificate of Inspection
## Cargo Authority Attachment

RCM 225
Vessel Name: ~~B. No. 225~~
Official #: 1139764

Page 2 of 3

Shipyard: Bollinger
Hull #: 432

| Cargo Identification | | | | | Conditions of Carriage | | |
|---|---|---|---|---|---|---|---|
| Name | Chem Code | Compat Group No | IMO Pollution Category | Grade | Tank Group | Vapor Recovery App'd (Y or N) | VCS Category |
| Naphtha: Varnish makers and painters (75%) | NVM | 33 | @I | C | A | Yes | 1 |
| Oil, fuel: No. 2 | OTW | 33 | I | D/E | A | Yes | 1 |
| Oil, fuel: No. 2-D | OTD | 33 | I | D | A | Yes | 1 |
| Oil, fuel: No. 4 | OFR | 33 | I | D/E | A | Yes | 1 |
| Oil, fuel: No. 5 | OFV | 33 | I | D/E | A | Yes | 1 |
| Oil, fuel: No. 6 | OSX | 33 | I | E | A | Yes | 1 |
| Oil, misc: Crude | OIL | 33 | I | C/D | A | Yes | 1 |
| Oil, misc: Diesel | ODS | 33 | I | D/E | A | Yes | 1 |
| Oil, misc: Gas, high pour | OGP | 33 | @I | E | A | Yes | 1 |
| Oil, misc: Lubricating | OLB | 33 | I | E | A | Yes | 1 |
| Oil, misc: Residual | ORL | 33 | I | E | A | Yes | 1 |
| Oil, misc: Turbine | OTB | 33 | I | E | A | Yes | 1 |

*** *This document is only valid when attached to, and referenced by a current, valid Certificate of Inspection.* ***