UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PENNANTIA, LLC,

                        Plaintiff,

-v-

ROSE CAY MARITIME, LLC, and
DOVE CAY, LLC,

                        Defendants.

25-cv-5904 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received the parties' correspondence regarding Dove Cay's letter motion for an order directing Pennantia "to immediately remit funding required for [Dove Cay] to continue to perform its services in the sums set forth in [Dove Cay's letter dated August 21, 2025]." (ECF No. 50 at 4; *see also* ECF Nos. 48–52.) The Court declines to direct Pennantia to pay Dove Cay several million dollars without having held an evidentiary hearing on the merits to determine what sums, if any, are due. To that end, defendants are directed to respond to the complaint on or before Friday, September 5, and the parties are directed to submit to the Court by 5 p.m. on Friday, August 29, an agreed-upon schedule for discovery and pretrial submissions leading to a bench trial on the merits of this action on or before October 6.

Dated: New York, New York
         August 25, 2025

SO ORDERED:

*/s/ Sidney H. Stein*

Sidney H. Stein, U.S.D.J.