The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050 – Phone
(212) 490-6070 - Fax



1599 Post Road East
Westport, CT 06880
(203) 256-8600 – Phone
(203) 255-5700 - Phone
(203) 256-8615 – Fax
(203) 255-5702 - Fax

August 29, 2025

<u>*Via ECF*</u>
Honorable Sidney H. Stein
United Stated District Court Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

      Re:    ***Pennantia, LLC v. Rose Cay Maritime, LLC and Dove Cay, LLC***
              U.S. District Court – Southern District of New York
              Case No.:     25-cv-5904 SHS
              LMP Ref.:     6816

Dear Judge Stein:

      We write in response to the Court's Order dated August 26, 2025 (ECF No. 56), requesting clarification regarding certain case quotations cited in Defendant's Memorandum of Law dated August 4, 2025 (ECF No. 32).

      After carefully re-examining the cited materials, we acknowledge that although the cases referenced in the brief generally address the subject matter for which they were cited, the two quotations attributed to *Crescent Towing & Salvage Co. v. MIV ANAX*, 40 F.3d 741, 744 (5th Cir. 1994) and *General Elec. Credit Corp. v. Drill Ship Mission Exploration*, 668 F.2d 811, 815 (5th Cir. 1982) do not, in fact, appear in the opinions themselves. We regret this error and understand the seriousness of presenting inaccurate quotations to the Court.

      We have undertaken a full review of every citation in the brief, using LexisNexis. In addition to the errors noted by the Court in its Order, we have identified a small number of additional scrivener's errors regarding certain quotations and citations that were erroneously included in the original brief. For the court's convenience, a redline copy of the brief is included here as Exhibit A which corrects both the errors identified by the Court and the scrivener's errors identified during our review.

The error arose because in the haste to prepare the memorandum of law on an expedited and abbreviated briefing schedule[1] on the Plaintiff's order to show cause seeking a temporary restraining order and preliminary injunction, on July 28, 2025 the undersigned lead counsel utilized an AI drafting tool to create the first rough draft of the opposition memorandum regarding certain legal issues, including whether interest can constitute a "necessary" for the purpose of a maritime lien. The AI tool generated an outline citing certain case law, including *Crescent Towing & Salvage Co. v. M/V ANAX*, 40 F.3d 741, 744 (5th Cir. 1994) and *General Elec. Credit Corp. v. Drill Ship Mission Exploration*, 668 F.2d 811, 815 (5th Cir. 1982), and including purported quotations. The cases were checked in Lexis Nexis but the undersigned did not adequately confirm the legitimacy of the quotations against the official opinions. The undersigned left for vacation on August 2. The draft memorandum was extensively revised in over 11 different versions between July 28 and August 4. During the researching and drafting process, however, we did not double check the accuracy of the quoted material generated by the AI program. As shown by the two subsequent citations, one of which the Court relied on its decision, *In re Buholm Fisheries, Inc.*, No. C03-675C, 2003 U.S. Dist. LEXIS 24970, at *5 (W.D. Wash. Sep. 2, 2003) and *ING Bank, N.V. v. M/V Charana Naree*, 446 F. Supp. 3d 163, 176 (W.D. La. 2020), interest is properly recoverable on a maritime lien and the erroneous quotations were an oversight on our part and not an intent to mislead the Court. We accept full responsibility for the lapse and apologize to the Court, the parties and opposing counsel.

A copy of the Court's Order (ECF No. 56) was promptly provided to our client with whom we have discussed the matter.

To prevent recurrence, we have now verified every citation in the corrected filing and will ensure going forward in this matter, as well as all other matters before this Court and the other jurisdictions in which our firm appears, that all quotations are taken directly from the official text of judicial opinions. Furthermore, we have discontinued use of the AI drafting tool for purposes of generating legal citations.

Thank you for the opportunity to correct the record. We respectfully apologize for any inconvenience caused and remain available should the Court require further clarification.

Respectfully yours,

*[signature]*

Patrick F. Lennon          Kevin J. Lennon          Steven R. Winters          Elliott T. Williams
*Lead Counsel*

---

[1] During this time period, numerous other filings and case activity, including letter motions, a pretrial conference, and a full day of mediation and preparation for the same, also concurrently transpired. This is not offered as an excuse for our lapse but instead for the sake of context.