IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

PENNANTIA, LLC, :

: Case No. 1:25-CV-05904-SHS

Plaintiff,

:

v.

:

ROSE CAY MARITIME, LLC, and
DOVE CAY, LLC

:

Defendants. :

-----------------------------------------------------X

**STIPULATION AND SCHEDULING ORDER**

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, plaintiff Pennantia, LLC and Rose Cay Maritime, LLC, and Dove Cay, LLC, (collectively, "Defendants") have met and conferred and agree that the following deadline will apply in these cases:

| **Event** | **Deadlines** |
|---|---|
| Initial Disclosures | 9/3/2025 |
| Service of RFPs | 9/5/2025 |
| Document Productions | 9/12/2025 |
| Completion of Depositions | 9/19/2025 |
| Complete Fact Discovery | 9/19/2025 |
| Exchange Opening Expert Reports | 9/26/2025 |
| Complete Expert Discovery | 10/2/2025 |

| | |
|---|---|
| Requests for Admission | 10/3/2025 |
| Joint Proposed Pretrial Order (to include (i) a statement of the elements of each claim or defense (ii) a description of anticipated Motions in Limine with legal support, motions to be made at pre-trial conference) | 10/3/2025 |
| Final Pretrial Conference | 10/3/2025 |

Dated: August 29, 2025

**HOLLAND & KNIGHT LLP**

*F. Robert Denig*

Michael J. Frevola
F. Robert Denig
Chiara Kalogjera-Sackellares
787 Seventh Avenue
New York, NY 10019
(212) 513-3200
Michael.frevola@hklaw.com
Chiara.sackellares@hklaw.com
*Counsel for Plaintiff Pennantia, LLC*

**WATSON FARLEY & WILLIAMS LLP**

*/s/ John G. Kissane*

John G. Kissane
Celinda J. Metro
120 West 45th Street, 20th Floor
New York, NY 10036
(212) 922-2219
(212) 922-2274
jkissane@wfw.com
cmetro@wfw.com
*Counsel for Defendant Rose Cay Maritime, LLC*

**LENNON, MURPHY & PHILLIPS, LLC**

*Patrick F. Lennon*
Patrick F. Lennon
Kevin J. Lennon
Elliot Williams
Steven R. Winters
The Graybar Building
420 Lexington Ave, Suite 300
New York, NY 10170
(212) 490-6050
pfl@lmplaw.net
kjl@lmplaw.net
Elliot.williams@lmplaw.net
srw@lmplaw.net
*Counsel for Defendant Dove Cay, LLC*

SO ORDERED:

_______________, 2025

________________________________

Sidney H. Stein

U.S.D.J.