UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PENNANTIA, LLC,

                              Plaintiff,

          -v-

ROSE CAY MARITIME, LLC, and
DOVE CAY, LLC,

                            Defendants.

25-cv-5904 (SHS)

MEMORANDUM ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    The Court has reviewed the letter submitted by Lennon Murphy & Phillips LLC, the counsel for Dove Cay, in response to the Court's August 26, 2025 Order regarding non-existent quotations set forth in a memorandum filed by Dove Cay. (Dkt. No. 57.) The Court is troubled by the letter's explanation that Dove Cay's counsel "utilized an AI drafting tool to create the first rough draft of the opposition memorandum regarding certain legal issues" but, while counsel "checked [the cases] in LexisNexis," counsel "did not adequately confirm the legitimacy of the quotations against the official opinions." (*Id.* at 2.)

    It is a lawyer's professional obligation to read and confirm the validity and accuracy of the legal authorities on which the lawyer relies in all circumstances, including when the lawyer utilizes an artificial intelligence tool. *See Park v. Kim*, 91 F.4th 610, 615–16 (2d Cir. 2024). This professional obligation is not an empty box-checking exercise intended to make lawyers' lives more difficult. As Judge P. Kevin Castel explained when imposing sanctions on an attorney who had submitted non-existent case citations in a submission to the Court, many harms can flow from inaccurate citations in submissions to the Court, including wasting the Court's and opposing parties' time and resources, depriving the attorney's client of potential arguments based on authentic authorities, potentially harming the reputation of the judges and courts whose authority is falsely invoked in support of invalid case citations, and increasing cynicism about the legal profession and judicial system as a whole. *Mata v. Avianca, Inc.*, 678 F. Supp. 3d 443, 448 (S.D.N.Y. 2023).

    Accordingly, counsel for Dove Cay is Ordered to Show Cause in writing on or before September 11, 2025, why sanctions should not be imposed against Lennon Murphy & Phillips LLC pursuant to Federal Rule of Civil Procedure 11 or the Court's

inherent power. Counsel for Pennantia may file any responsive submission on or before September 18, 2025.

Dated: New York, New York
      September 4, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.