# Holland & Knight

787 Seventh Avenue, 31st Floor | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Michael Frevola, Partner
212.513.3516

*[Handwritten note in right margin: Sept 5, 2025. The Agreement has been signed by the Court and filed under Seal. The parties shall submit a proposed redacted version of the Agreement for public filing on or before September 9. SO Ordered. Sidney H. Stein, U.S.D.J.]*

September 5, 2025

Honorable Sidney H. Stein
United Stated District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY

Re:  **25-cv-5904, Pennantia, LLC v. Rose Cay Maritime, LLC and Dove Cay, LLC**
**Report of Settlement, Request to Review and Endorse Settlement Agreement, and**
**Request to File Agreement Under Seal or, Alternatively, in Redacted Form**

Your Honor:

We write jointly on behalf of Plaintiff Pennantia, LLC, and Defendants Rose Cay Maritime, LLC and Dove Cay, LLC (collectively, the "Parties"), to report that the Parties executed a settlement agreement (the "Agreement") last night resolving all of the Parties' claims. As part of the Agreement, the Parties have agreed to have the Agreement "so ordered" by the Court. As the Parties are seeking to have the vessels currently under arrest in Panama released from arrest today before that court closes for the weekend, we respectfully request that the Court "so order" the Agreement today.

Furthermore, because of the confidential business nature of the information contained in the Agreement and the limited and highly competitive nature of the Jones Act towing industry, we will be filing the Agreement in conjunction with this letter with the Parties' joint request that it be filed under seal. Should Your Honor direct that a version be filed on the docket, the Parties jointly request that they be permitted to submit a proposed redacted version of the Agreement redacting the most sensitive portions of the Agreement.

Additionally, as the Agreement contemplates performance of the *Tug LYNNE M. ROSE* and the *Tank Barge RCM 270* in the carrying of cargo from Panama to the West Coast and delivering that cargo to Pennantia's charterer's customer(s) within the next few weeks, as well as the payment by Pennantia to the Defendants certain payments for Defendants' performance of the

Atlanta | Austin | Birmingham | Boston | Century City | Charlotte | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale
Houston | Jacksonville | Los Angeles | Miami | Nashville | Newport Beach | New York | Orlando | Philadelphia | Portland
Richmond | San Francisco | Seattle | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach

2 –   Honorable Sidney H. Stein
      September 5, 2025

vessels' voyage, the Parties jointly request that this matter be kept open pending the completion of the delivery of the cargo and the fulfillment of the Parties' respective obligations under the Agreement.

We thank the Court for its attention to this matter.

Respectfully submitted,

HOLLAND & KNIGHT LLP

*s/ Michael J. Frevola*
Michael Frevola

cc: Patrick F. Lennon, Esq.
    *Counsel for Dove Cay, LLC*

    John G. Kissane, Esq.
    *Counsel for Rose Cay Maritime, LLC*