UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PENNANTIA, LLC,

      Plaintiff,

- against-.

ROSE CAY MARITIME, LLC,
AND DOVE CAY, LLC,

      Defendants.

Case No. 25-cv-5904-SHS

## DECLARATION OF KEVIN J. LENNON

Kevin J. Lennon, hereby declare the following under penalty of perjury:

1. I am 'Of Counsel' to Lennon, Murphy & Phillips, LLC, which acts as counsel for the Defendant, Dove Cay, LLC in the above-captioned action.

2. I was admitted to the bar of the state of New York in 1996 and to the bar of the state of Connecticut in 2002.

3. I was admitted to practice in this Court in 1997.

4. I have never been subject to a disciplinary action in New York, Connecticut or in any other jurisdiction in which I have been admitted *pro hac vice*.

5. This declaration is respectfully submitted in response to the Court's Order to Show Cause dated September 4, 2025 (ECF No. 62).

6. The Court's Order to Show Cause directs Lennon, Murphy & Phillips, LLC to show cause why sanctions should not issue against the firm for citation to non-existing case quotations in a Memorandum of Law dated August 4, 2025 (ECF No. 32).

7. The quotes were attributed to existing cases which Lennon, Murphy & Phillips, LLC reviewed but failed to confirm the accuracy or existence of the quotes which were hallucinated by AI.

8. As such, this is not a situation in which Lennon, Murphy & Phillips, LLC cited to non-existent cases.

9. At the time, Lennon, Murphy & Phillips, LLC was operating under an abbreviated briefing schedule for submission of a brief in response Plaintiff's Order to Show Cause seeking a temporary restraining order and preliminary injunction. (ECF No. 11).

10. By its Order of July 25, 2025 (ECF No. 13) the Court directed Dove Cay to file its papers on or before August 1, 2025 which deadline was subsequently extended to noon on August 4, 2025.

11. Lennon, Murphy & Phillips, LLC was thus under extreme pressure to timely respond to the Order to Show Cause which, while no excuse for the submission of a brief with the non-existing quotes, was a factor involved in its failure to identify and correct the brief to remove the non-existing quotations.

12. Because of the seriousness of this matter the undersigned will be attending a continuing legal education course on the proper use of AI in connection with legal research and brief writing.

13. The situation is professionally embarrassing and every step will be taken to avoid a repeat occurrence.

14. I personally have a nearly three decade track record as a lawyer and pride myself on acting ethically in all matters in which I am engaged including filings made with any court.

15. There was no intent, reason or motivation to mislead the Court or opposing counsel by citation to the non-existing quotations in the subject brief.

I hereby declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and accurate to the best of my knowledge.

Dated: September 11, 2025
       Westport, CT

_____
Kevin J. Lennon

**CERTIFICATION OF SERVICE**

I hereby certify that on September 11, 2025, I caused a true and correct copy of the foregoing Declaration to be served upon all counsel of record via the Court's CM/ECF system, which will send notification of such filing to all registered participants.

_____
Patrick F. Lennon