UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PENNANTIA, LLC,

    Plaintiff,

- against-.

ROSE CAY MARITIME, LLC,
AND DOVE CAY, LLC,

    Defendants.

Case No. 25-cv-5904-SHS

## DECLARATION OF STEVEN R. WINTERS

Steven R. Winters, hereby declare the following under penalty of perjury:

1. I am an Associate of Lennon, Murphy & Phillips, LLC and am counsel of record for the Defendant, Dove Cay, LLC in the above-captioned action.

2. I was admitted to the bar of the state of Connecticut in 2019.

3. I was admitted to practice before this Court on March 29, 2022.

4. I am also admitted to practice before the United States District Courts for the: District of Connecticut and the Eastern District of New York.

5. I have never been sanctioned or subject to a disciplinary action in any jurisdiction in which I am admitted to practice and am in good standing in all jurisdictions in which I am admitted to practice.

6. This declaration is respectfully submitted in support of Lennon, Murphy & Phillips, LLC's ("LMP") response to the Court's Order to Show Cause dated September 4, 2025 (ECF No. 62).

7. As an attorney practicing before this Honorable Court, I recognize and acknowledge that I have a duty of candor to and a duty to ensure the accuracy of all submissions

1

made to this Court and others before which I am admitted to practice. In this instance, I take full responsibility for failing to properly check each of the quotations and citations contained in Dove Cay's Memorandum of Law in Opposition.

8. I was involved in the drafting and preparation of Dove Cay's Opposition to Pennantia, LLC's application for preliminary injunction with regard to Dove Cay's maritime liens against the Pennantia Fleet.

9. I first became involved in the preparation off Dove Cay's Memorandum of Law in Opposition on July 28, 2025, when I received version three of the working draft of the Memorandum of Law from Patrick F. Lennon. The draft version which I received included the hallucinated quotations from *Crescent Towing & Salvage Co. v. M/V ANAX*, 40 F.3d 741 (5th Cir. 1994) and *General Electric Credit Corp. v. Drill Ship Mission Exploration*, 668 F.2d 811 (5th Cir. 1982).

10. While I did not insert the quotations or utilize generative artificial intelligence in connection with my work in preparing the Memorandum of Law submitted to the Court, I was heavily involved in the drafting and structuring of the subsequent versions of the Memorandum of Law but failed to properly ascertain the validity of the two quotations noted above.

11. The draft Memorandum of Law underwent multiple rounds of revisions by myself, and attorneys Patrick F. Lennon, Kevin J. Lennon, and Elliott T. Williams.

12. The failure to properly ascertain the validity of the two quotations and their inclusion in the ultimate Memorandum of Law was not due to bad-faith nor was it done with any intent to mislead or deceive this Court or opposing counsel. Rather, their inclusion was due to inadvertent law office neglect in failing to verify the accuracy and legitimacy of the quoted language.

13. In light of our collective failing, we have met and discussed the responsible use of generative artificial intelligence going forward to ensure that this situation does not recur.

14. Because of the seriousness of this matter, I undertake to attend continuing legal education regarding the use of generative artificial intelligence in connection with legal work.

15. I have never personally used any generative artificial intelligence to generate legal or other authority citations, quotations, or any other materials for submission to any court.

I hereby declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and accurate to the best of my knowledge.

Dated: September 11, 2025
Westport, CT

_____
Steven R. Winters

**CERTIFICATION OF SERVICE**

I hereby certify that on September 11, 2025, I caused a true and correct copy of the foregoing Declaration to be served upon all counsel of record via the Court's CM/ECF system, which will send notification of such filing to all registered participants.

_____
Patrick F. Lennon