UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PENNANTIA, LLC,

                      Plaintiff,

-v-

ROSE CAY MARITIME, LLC, and
DOVE CAY, LLC,

                      Defendants.

25-cv-5904 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    The Court has reviewed the response and declarations (Dkt. Nos. 67, 67-1, 67-2, 67-3, and 67-4) submitted by the counsel for Dove Cay in response to the Court's September 4, 2025 Order to Show Cause (Dkt. No. 62), as well as the letter submitted by the counsel for Pennantia (Dkt. No. 69). In light of counsel's acknowledgment of the fact that the quotations at issue were not independently verified against the actual opinions and acceptance of responsibility and the remedial measures subsequently put in place to avoid a repetition of the errors (*see* Dkt. No. 67 at 3–4), the Court will take no further action on this matter at this time.

Dated: New York, New York
          September 26, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.