UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| PENNANTIA, LLC, | : | 25-cv-5904 (SHS) |
| Plaintiff, | : | <u>ORDER</u> |
| -v- | : | |
| ROSE CAY MARITIME, LLC, and DOVE CAY, LLC, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

In light of the settlement of this action,

IT IS HEREBY ORDERED that the Clerk of Court is directed to close this case.

Dated: New York, New York
October 30, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.